## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

CONTOUR IP HOLDING, LLC,

       *Plaintiff*,

vs.

ARASHI VISION INC., D/B/A INSTA360,

       *Defendant*.

CASE NO.: 4:25-CV-1369

JURY TRIAL DEMANDED

## COMPLAINT FOR PATENT INFRINGEMENT

Contour IP Holding, LLC ("Contour" or "Plaintiff") files this Complaint against Arashi Vision Inc., d/b/a Insta360 ("Insta360") and alleges as follows:

### NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§ 1, *et seq*.

### THE PARTIES

2.      Contour IP Holding, LLC, is a limited liability company organized under the laws of the State of Utah with its principal place of business at 26 Patriot Place, Suite 301, Foxboro, MA 02035.

3.      Upon information and belief, Insta360 is a Chinese company with its principal place of business at 12F Building T2, Everest (or Hengyu) Qianhai Financial Center, Nanshan District, Shenzhen, P.R. China, 518000. Upon information and belief, Insta360 conducts business either directly or indirectly through its agents, on an ongoing basis in this District and elsewhere in the United States. Upon information and belief, Insta360 imports, markets, offers, distributes, sells, and/or offers for sale the Accused Products (exemplary products identified below) throughout the

United States, the State of Texas, and this District. Upon information and belief, Insta360 has identified Arashi Vision (U.S.) LLC as agent for service of process.

## JURISDICTION AND VENUE

4.     This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§ 1, *et seq.* This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.     This Court has personal jurisdiction over Insta360 because Insta360 regularly conducts business and has committed acts of patent infringement and/or has induced or contributed to acts of patent infringement by others in this District and in the State of Texas. Insta360, directly and/or through subsidiaries or intermediaries, has committed acts of infringement and continues to commit acts of infringement in this District by making, using, selling, offering to sell, and/or importing its Accused Products that infringe one or more of Contour's patents.

6.     Insta360 purposefully directs its Accused Products into established distribution channels within this District and the United States. Further, Insta360 induces its subsidiaries, affiliates, retail partners, and customers to make, use, sell, offer for sale, and/or import into the United States, including within this District, its Accused Products and place those products into the stream of commerce via established distribution channels knowing that such products would be sold and used in the United States, and in the Eastern District of Texas. For example, Insta360 sells its Accused Products through its website at www.insta360.com, which is accessible to the residents of this District. And, as shown below, Insta360 also distributes its products online, including the Accused Products, through other online distributers such as Amazon and AliExpress.



*See e.g.*, www.insta360.com/support/buy (last visited 3/17/2025).

7.     Furthermore, in addition to online sales, Insta360 distributes its products, including the Accused Products, for sale in retail stores such as BestBuy, located throughout this District, the State of Texas, and throughout the United States. As an example, Insta360.com shows several locations in this District where a consumer may purchase an Insta360 product. Insta360 induces retail stores, such as BestBuy, to sell Insta360's Accused Products directly to consumers.



*See e.g.*, [www.insta360.com/support/buy](http://www.insta360.com/support/buy) (last visited 3/17/2025).

8.      Insta360 regularly markets and sells (directly or indirectly), its products within this District. As stated above, Insta360 owns, operates, advertises and/or controls the website www.insta360.com, through which it advertises, sells, offers to sell, provides, and/or educates customers about its products and services using Accused Products. Insta360 has placed and continues to place into the stream of commerce Accused Products via established distribution channels with the knowledge and understanding that such products are being and will continue to be sold in this Judicial District. Insta360 ships or causes to be shipped Accused Products and materials instructing its customers to perform infringing activities into this District. Therefore, this Court has personal jurisdiction over Insta360.

9.      Venue is proper in this judicial district because Insta360 is not a resident of the United States, and may be sued in any judicial district, including this one, pursuant to 28 U.S.C. § 1391(c)(3).

**ASSERTED PATENTS**

10.     Contour is the owner and the assignee of U.S. Patent No. 8,890,954 (the "'954 Patent"), entitled "Portable Digital Video Camera Configured for Remote Image Acquisition Control and Viewing." Contour has ownership of all substantial rights in the '954 Patent, including the right to exclude others and to enforce, sue and recover damages for past and future infringement. A true and correct copy of the '954 Patent is attached as **Exhibit A**. Claim 11 is a representative example of the claims asserted in the '954 Patent.

11.     Claim 11 of the '954 Patent reads as follows:

A portable, point of view digital video camera, comprising:

      a lens;

      an image sensor configured to capture light propagating through the lens and representing a scene, and produce real time video image data of the scene;

a wireless connection protocol device configured to send real time image content by wireless transmission directly to and receive control signals or data signals by wireless transmission directly from a personal portable computing device executing an application; and

a camera processor configured to:

receive the video image data directly or indirectly from the image sensor,

generate from the video image data a first image data stream and a second image data stream, wherein the second image data stream is a higher quality than the first image data stream,

cause the wireless connection protocol device to send the first image data stream directly to the personal portable computing device for display on a display of the personal portable computing device, wherein the personal portable computing device generates the control signals for the video camera, and wherein the control signals comprise at least one of a frame alignment, multi-camera synchronization, remote file access, and a resolution setting, and at least one of a lighting setting, a color setting, and an audio setting,

receive the control signals from the personal portable computing device, and

adjust one or more settings of the video camera based at least in part on at least a portion of the control signals received from the personal portable computing device.

12.    Among others, Claim 11 of the '954 Patent is valid, enforceable, and was duly and legally issued on November 18, 2014, in full compliance with Title 35 of the United States Code.

13.    Contour is the owner and the assignee of U.S. Patent No. 12,206,983 (the "'983 Patent"), entitled "Portable Digital Video Camera Configured for Remote Image Acquisition Control and Viewing." Contour has ownership of all substantial rights in the '983 Patent, including the right to exclude others and to enforce, sue and recover damages for past and future infringement. A true and correct copy of the '983 Patent is attached as **Exhibit B**. Claim 1 is a representative example of the claims asserted in the '983 Patent.

14.    Claim 1 of the '983 Patent reads as follows:

A first video camera, comprising:

a lens;

6

an image sensor configured to generate first image data from light propagating through the lens;

at least one non-audio data sensor configured to produce first non-audio sensor data associated with the first video camera;

a wireless connection protocol device; and

a processor, comprising:

a video encoder, and

memory,

wherein the processor is configured to:

receive the first image data from the image sensor,

receive the first non-audio sensor data from the at least one non-audio data sensor,

generate at least one encoded video data stream using the video encoder, wherein a data type of the first non-audio sensor data is different from a data type of the at least one encoded video data stream,

send, using the wireless connection protocol device, the at least one encoded video data stream by wireless transmission to a first remote computing device, wherein the first remote computing device is connected to a first data storage medium, and wherein the first remote computing device is configured to store the at least one encoded video data stream on the first data storage medium as a first file,

combine the first non-audio sensor data with the at least one encoded video data stream to form a combined video stream,

communicate at least part of the combined video stream to the memory, wherein the at least one encoded video data stream is stored as a first track and the first non-audio sensor data is stored as a second track that is distinct from the first track, and

generate time-synchronizing data,

wherein the time-synchronizing data is used to synchronize the first track with the second track,

wherein the first video camera is configured as a media server that enables access to the combined video stream.

15.    Among others, Claim 1 of the '983 Patent is valid, enforceable, and was duly and legally issued on January 21, 2025, in full compliance with Title 35 of the United States Code.

16.     The '954 and '983 Patents are collectively the "Patents-in-Suit" or the "Asserted Patents."

## BACKGROUND

17.     The claimed inventions of the Asserted Patents were developed in December 2009 by a team at Contour, Inc., who recognized that improvements were needed in the point-of-view (POV) camera business. For example, existing POV cameras generally lacked preview and control ability to ensure users were able to capture the perfect shot the first time. Further, existing products lacked the ability to provide quality video along with other non-video data to help capture the full experience, and to be able to remotely view and control the camera. The technological advancements claimed by the Asserted Patents allowed for features and capabilities existing POV cameras were incapable of.

18.     Contour implemented the claimed inventions into its award-winning camera, the ContourGPS. In 2011, the ContourGPS was awarded the prestigious Consumer Electronics Show (CES) Innovations Award (https://www.bikeradar.com/news/contourgps-helmet-cam-lets-you-use-phone-as-viewfinder). Similarly, Notebooks.com awarded the ContourGPS and Contour mobile app the coveted Best Mobile Lifestyle Accessory of CES 2011 award (https://notebooks.com/2011/01/13/best-of-ces-2011-awards-for-notebooks-com/), CNET awarded the ContourGPS its Editor's Choice Award (https://www.cnet.com/reviews/contour-gps-hd-wearable-camcorder-camera-1400-review/), and Red Dot awarded the ContourGPS the 2011 Red Dot Production Design Award (https://www.red-dot.org/zh/project/contourgps-28132). When explaining its rationale for giving the ContourGPS and Contour mobile app its award, Notebook.com accurately captured the essence of the invention: "When it comes to capturing your life on the go it's hard to find a solution that's more versatile than the ContourGPS Camera which

comes with an app that allows you to use your iPod or iPhone as a viewfinder and to adjust settings on the fly." (https://notebooks.com/2011/01/13/best-of-ces-2011-awards-for-notebooks-com/).

19.    As proven by the many prestigious accolades, the claimed inventions of the '954 and '983 Patents are marked improvements to existing camera design and technology. For example, some claims recite a specific solution for generating a data stream that can be wirelessly transmitted to a personal device that can allow the user to change settings of the camera. The Asserted Patents do not merely claim a result or the mere idea of having a video image stream wirelessly sent to a portable device. Instead, they claim a specific architecture for a camera system including, among other things, a "lens," an "image sensor," a "camera processor," a "wireless connection protocol device," and a "personal portable computing device." *See*, *e.g.*, '954 Claim 11. The Asserted Patents also claim technological improvements, such as a camera processor which "generate[s] from the video image data a first . . . and a second image data stream, wherein the second image data stream is higher quality than the first," the wireless connection protocol device which "send[s] the first image data stream directly to the personal portable computing device for display," the personal portable computing device "generates the control signals for the video camera," and the processor "adjust[s] one or more settings of the video camera based . . . [on] the control signals." *See*, *e.g.*, '954 Claim 11. And in another example, claim 1 of the '983 Patent teaches additional innovations including integrating "non-audio data sensors" into the camera that can capture non-audio data, "combin[ing] the first non-audio sensor data with the at least one encoded video stream to form a combined video stream," "communicat[ing] at least part of the combined video stream to memory," storing the encoded video data stream "as a first track and the first non-audio sensor data as a second track," and "generat[ing] time-synchronizing data, wherein the time-synchronizing data is used to synchronize the first track with the second track."

These innovations expand the utility of the camera. Indeed, these inventions allow the camera to capture video footage combined with additional data, such as GPS data, to provide video files with additional and important context. This feature has also received public acclaim. For example, as CNET noted, ContourGPS's GPS functionality allows Contour's Storyteller software to "parse and display [GPS data] on a Google Map with an elevation graph." (https://www.cnet.com/reviews/contour-gps-hd-wearable-camcorder-camera-1400-review/). These improvements benefit diverse audiences including athletes (like skiers whose performance relies on elevation), daily vloggers who want to geotag their favorite experiences, and families looking to document where milestones occurred. Furthermore, these improvements also allow dash cams on vehicles to report additional context, such as speed and location of the vehicle, alongside a footage of an accident.

20.     The claims of the Asserted Patents involve more than well-understood, routine, and conventional activities. For example, generating two video streams of different quality and wirelessly transmitting the lower quality stream from a camera to a remote computer device, along with the other claimed elements, was a novel idea that Contour invented and patented. The conventional approaches, such as after-the-fact generation of a video from a previously recorded video or streaming a higher quality video were limited by bandwidth and battery power limits, especially in the 2009 timeframe. Contour's solution allowed devices to quickly transmit lower quality videos wirelessly for previews or live video while also generating a higher quality video with contextual data as well.

21.     Contour's inventions as claimed in the Asserted Patents are and have been used in innovative wearable and gear-mountable camera products sold under the Contour brand, such as

the Contour+, Contour+2, and Contour 4K, and in mobile applications such as the Contour Connect app for iOS, Android, and Windows Phone.

## ACCUSED PRODUCTS

### Overview of the Insta360 360 Camera Products

22.    Defendant makes, uses, offers to sell, sells, and/or imports 360-degree camera products that infringe claims of the Asserted Patents. Defendant's infringing 360-degree camera products include at least the following: cameras in Insta360's X Series (Insta360 X5, Insta360 X4, Insta360 X4 Air Insta360 X3, and Insta360 X2), and in Insta360's ONE Series (Insta360 ONE RS Twin Edition, Insta360 ONE RS 4K Edition, Insta360 ONE RS 1-inch Edition, and Insta360 One RS 1-Inch 360 Edition) (collectively, "360 Camera Products" or "Accused 360 Camera Products").

23.    Defendant also makes, uses, offers to sell, sell, and/or imports camera product accessories (collectively, "360 Camera Product Accessories")[1] such as mounts, mounting

---

[1] The Insta360 360 Cameras support numerous accessories, the 360 Camera Product Accessories. For example, the 360 Camera Product Accessories include, but are not limited to X5 ND Filters, X5 Invisible Dive Case Pro, X5 Replacement Lens Kit, X5 Mic Windshield, X5 Water Sports Rope Mount, X5 GPS Preview Remote with Built-in Mic, X5 Battery, X5 Carry Case, X5 Standard Lens Guards, Mic Air Transmitter, X5 Utility Frame, X5 USB Cover, X5 Screen Protector, X5 Thermo Grip Cover, X4/X5 Lens Cap, X5 Premium Lens Guards, X5 All-Weather USB Charging Cover, X5 Cooling Screen Protector, X4/X5 Vertical-Horizontal Mount, X5 Mic Adapter, X5 POV Chest Mount, X5 Quick Reader, FOMO Power Handle, X5 Foldable Utility Handle, Bullet Time Selfie Stick 2.0, X5 Ultra Battery, GPS Preview Remote, Mini Remote, the Neck Mount; Quick Release Mount; Hand Mount Kit; Head Strap; Chest Strap; POV Mouth Mount; Back Bar; Selfie Stick Wrist Strap; Multi Mount; Foldable 2-in-1 Selfie Stick (1/4" Mount); 85cm Invisible Selfie Stick; Power Selfie Stick; Floating Hand Grip; Invisible Selfie Stick Gold Edition; Action Invisible Selfie Stick; 114cm Invisible Selfie Stick; Extended Edition Selfie Stick; 2-in-1 Invisible Selfie Stick + Tripod; Mini 2-in-1 Tripod; Bullet Time Cord; Bullet Time Accessory; Backpack Clip; Third-Person Backpack Mount; Snow Kit; Magnetic Selfie Stick Holster; Ski Pole Mount; Helmet Chin Mount; Helmet Mount Kit; Unicorn Helmet Mount; Insta360 X4 Vertical-Horizontal Mount; Hard Hat Camera Mount; (Motorcycle) Heavy Duty Clamp; Motorcycle U-Bolt Mount; Bike Computer Mount (Integrated Handlebars); Bike Computer Mount (Independent Handlebars); Bike Tail Mount Kit; Bike Seat Rail Mount; Floating Surfboard Mount; Bike Headset Cap Mount; Selfie Stick Ring Mount; Motorcycle Selfie Stick Support Clamp; Dual/Triple Suction Cup Car Mount; Flexible Adhesive Mount; Bike Kit; Monkey Tail Mount; Rear View Mirror Mount; Motorcycle Kit; Suction Cup Car Mount; Insta360 X4 Water Sports Rope Mount; Third-Person Bike Tail Mount; Third-Person Bike Handlebar Mount; and Dash Cam Mount; Pet Harness Mount Size L; GPS Preview Remote; GPS Action Remote; Insta360 X4 Invisible Dive Case; Insta360 X4 Utility Frame; Insta360 X4 Fast Charge Hub; Insta360 X4 Quick Reader; Insta360 X4 Battery; Insta360 X4 Premium Lens Guards; Insta360 X4 Standard Lens Guards; Insta360 X4 Screen Protector; Insta360 X4 Lens Guard Winter Care Kit; Insta360 X4 Lens Cap; Insta360 X4 Mic Wind Muff; Insta360 X4 Invisible Dive Case Anti-Fog Inserts; Insta360 X4 USB Cover; Insta360 X4 Thermo Grip Cover; Insta360 X4 Mic Adapter; 64GB MicroSD Card; 128GB MicroSD Card; 256GB MicroSD Card; 512GB MicroSD Card; Insta360 X Series Cold Shoe; Vibration Damper; Mini Remote; Type-C to C Cable; Bullet Time Accessory; Bullet Time Cord; Portable Charging Case;

components, grips, tripods, kits, GPS devices, protective cases, batteries, charging equipment, microSD card, and other video recording accessories that are functionally related to, and are specifically designed for use with, their 360 Camera Products.

24.    Additionally, Defendants also provide Android and iOS applications for use with their Camera Products. The Android and iOS applications include, but are not limited to, the Insta360 App, Insta360 Studio, and all other similar applications (collectively, "360 Camera Applications").

**Analysis of Accused Insta360 360 Camera Products**

25.    The Insta360 X4 is a non-limiting example of an Accused 360 Camera Product that infringes at least claim 11 of the '954 Patent and claim 1 of the '983 Patent. For example, the X4 is a compact portable digital video camera that allows users to shoot videos from multiple points of view using the X4's 360-degree and single-lens video recording modes. The X4 and its Insta360 accessories (the "X4 System") form a digital video camera system.

---

Insta360 X3 Dive Case; Insta360 X3 Quick Reader; Insta360 Invisible Dive Case; Insta360 X3 Water Sports Rope Mount; Insta360 X3 Utility Frame; Insta360 X3 Fast Charge Hub; Insta360 X3 Battery; Insta360 X3 Horizontal Mount; Insta360 X3 Carry Case; Insta360 X3 Standard Removeable Lens Guards; Insta360 X3 Screen Protector; Insta360 X3 Mic Adapter; Insta360 X3 Mic Wind Muff; Insta360 X3 Lens Cap; Insta360 X3 USB Cover; Insta360 X3/X2 Transfer Cable for Android; Insta360 ONE RS Mounting Bracket; Insta360 ONE RS SD Card Cover; Insta360 ONE RS/R Dive Case; Insta360 R Series Carry Case; Insta360 RS/R Lens Cap for 360 Lens; Insta360 ONE RS/R Lenses; Insta360 ONE RS Accessory Shoe; Insta360 ONE RS Fast Charge Hub; Insta360 ONE RS Carry Case for 1-inch 360 Edition; and Insta360 ONE RS Lens Cap for 1-inch 360 Lens



*See e.g.*, https://www.insta360.com/product/insta360-x4.

26.     The X4 has a front lens and a rear lens; a 1/2 inch CMOS image sensor that captures light propagating through the lenses to represent the camera's field of view and produce real time video image data of the scene to be recorded; and a camera processor to, among other things, receive the video image data directly or indirectly from the image sensor, generate multiple image data streams at differing resolutions and/or frame rates, receive control signals from the peripheral device, and adjust the settings of the X4's camera. On information and belief, the X4's camera processor is an Ambarella CV5, 5nm AI chip. The processor includes memory as well as a video encoder, which is used to generate at least one encoded video data stream using a H.265 codec.

27.     The X4 also includes at least one non-audio sensor that produces data associated with the video. For example, the X4 includes a stabilization sensor which produces accelerometer and angular velocity data.



*See e.g.*, https://store.insta360.com/product/x4.

28.     The X4's processor receives the video data stream from the image sensor as well as data from the stabilization sensor. The data received from the stabilization sensor is a different data type than the video stream data. Once the data is received by the X4's processor, the processor completes a variety of operations with the data from the various sensors. For example, the processor generates at least one encoded video data stream using the video encoder. The X4 then combines multiple tracks (which contain non-audio data streams) with a separate track (which contains the encoded video data stream) to generate a MP4 file.



A video recording on the X4 generates MP4, INSV, and LRV files.

29.    Along with the non-audio data and the encoded video data, the X4 generates time synchronizing data. For example, the time synchronizing data may be a time code. Once generated, the time synchronizing data is saved within the MP4 file and is used to synchronize the non-audio data track(s) containing the stabilization and other non-audio sensor data with the data of the video data track. The MP4 file is then communicated to and stored in the X4's memory.

```
Accelerometer            : -0.377 -0.93 0.015
Angular Velocity         : 0.008 0.033 -0.018
Time Code                : 85241.251
Accelerometer            : -0.378 -0.931 0.015
Angular Velocity         : 0.009 0.033 -0.019
Time Code                : 85242.251
Accelerometer            : -0.377 -0.93 0.016
Angular Velocity         : 0.008 0.034 -0.018
Time Code                : 85243.251
Accelerometer            : -0.378 -0.93 0.016
Angular Velocity         : 0.011 0.034 -0.017
Time Code                : 85244.251
Accelerometer            : -0.377 -0.928 0.014
Angular Velocity         : 0.013 0.034 -0.016
Time Code                : 85245.251
Accelerometer            : -0.378 -0.928 0.014
Angular Velocity         : 0.014 0.035 -0.019
Time Code                : 85246.251
```

30.    A portion of the metadata from the stabilization sensor's non-audio data track illustrates that the X4 generates a time code at various moments during a recording. The time code is associated with non-audio Accelerometer and Angular Velocity data.

31.    The X4 also includes a wireless connection protocol device, which is operatively coupled to the X4's processor and uses 802.11 a/n/ac Wi-Fi and/or BLE 5.2 Bluetooth protocols to allow the X4 to function as a media server that wirelessly transmits videos directly to (and receives wireless control signals or data signals directly from) a personal portable computing device executing the Insta360 app. For example, the Insta360 app can be installed on Android and Apple phone and tablet products (collectively, a "Personal Device"), and must be installed on the Personal Device to activate and use the X4.

## Activation

You need to activate X4 in the Insta360 app before using it for the first time.

Steps:

1. Download the Insta360 app. Alternatively, search "Insta360" in any major app store or scan the QR code on the box.
2. Press the Power Button to turn on X4.
3. Enable Wi-Fi and Bluetooth on your smartphone.
4. Open the Insta360 app and click the camera at the bottom of the page. Select the device you want to connect to in the pop-up window, then follow the on-screen instructions to complete the connection. The name of your camera is "X4 ••" by default, where •• is the last six digits of the serial number on the box your X4 came in. The first time you connect to X4, you will need to confirm the connection on the touchscreen.
5. After successfully connecting the camera, follow the on-screen instructions to activate your camera. The app will prompt you to update the firmware if a new version is available. Please follow the on-screen prompts to update X4's firmware.

*See e.g.*, https://onlinemanual.insta360.com/x4/en-us/camera/firstuse/activation.

32.    The Insta360 app wirelessly connects with the X4 and allows for a variety of wireless transmissions between the X4 and the user's Personal Device. For example, live video from the X4 camera is transmitted directly from the X4 for display on the user's Personal Device. In this situation, the wireless connection protocol device on the X4 directly transmits live video data from the X4 to the user's Personal Device. The Insta360 app also allows the X4 to transmit captured videos and photos directly to the user's Personal Device. The Insta360 app also allows the user to control camera movements and camera parameters while the user is using the X4. For example, the user can enter a command on the Insta360 app, such as zoom in on a target, and the app will wirelessly direct the X4 to follow that command. The Insta360 app is also configured to store the video data stream locally in the Personal Device's storage.



*See e.g.*, Insta360 application (displaying the live video through the Insta360 app).

33.     The X4's processor is configured to generate two videos, or image data streams, based on what the camera is viewing. For example, the first view may be a live video of the real time video captured by the X4 camera, which is then received by and displayed on the Personal Device. Alternatively, the first video may be a LRV file, which is a preview file generated at the same time as the recorded MP4 file. The second view is an 8K 30fps video recording. Each of the first views—the live video and the LRV file—are a lower quality, resolution, and, upon information and belief, frame rate than the recorded second view. The X4's processor causes the wireless connection protocol device to wirelessly send the live video to the Insta360 app on the user's Personal Device. The live video is then displayed on the user's Personal Device through the Insta360 app.



A recording on the X4 generates the first view LRV file and the second view MP4 file.



*See e.g.*, [https://www.insta360.com/support/supportdetail/video/9SdTNyl8n7?article_id=1317](https://www.insta360.com/support/supportdetail/video/9SdTNyl8n7?article_id=1317).

**X4 User Manual**

## Standard Accessories (Thermo Grip Cover)

Insta360 X4 can record videos at a high resolution, up to 8K30fps. Recording at a higher resolution requires more power, which may cause the camera to heat up and feel hot. If you are recording 8K video for a long time, it is recommended to use the Thermo Grip Cover, which reduces the camera's surface temperature and makes it more comfortable to hold.

*Not recommended for skiing, water sports, motorcycling, cycling, and other sports.

*See e.g.*, Insta360 X4 User Manual at p. 5.

34.    The X4's live video and LRV file are each a preview of the selected X4 camera's current view, meaning they are both a preview of the higher quality/resolution video recorded by the X4. The user can manually adjust recording settings through the live video preview. For example, the user can manually adjust the angle of the video camera based on the live video.



*See e.g.*, Insta360 application (displaying the live video through the Insta360 app).

35.    Using the Insta360 app on their Personal Device, the user can remotely control the X4's camera using the control signals generated by the Insta360 app on the user's Personal Device. These control signals include, but are not limited to:

Frame Alignment - The user can drag the screen to zoom the camera and can swipe upwards on the screen of the Personal Device to change the view.

Remote File Access - The user can access, preview, or download video recordings through the Insta360 app or Insta360 Studio.

## File Transfer

You can download X4's files to your phone or PC, then use the Insta360 app or Insta360 Studio to edit and export.

Watch our tutorial for details.

Click ▶ to see full instructions

▶ File transfer from Camera

▶ File transfer between Insta360 app and PC

*See e.g.*, https://onlinemanual.insta360.com/x4/en-us/camera/appuse/filetransfer.

Data Acquisition - The user can use the live video preview to acquire key data like battery life and available storage in the X4's microSD card.



*See e.g.*, Insta360 application (displaying the battery life and available storage).

Resolution/Color/Lighting/Audio - The user can adjust the resolution, color, lighting, and audio settings through the live video on the Insta360 app. For example, the user may pick between 8K, 5.7K+, 5.7K, and 4K resolutions. Additionally, the user may change the color setting from Standard to Vivid or Flat. Also, the user can adjust light settings relating to Shutter Speed, ISO, EV, and White Balance, among other light settings.



*See e.g.*, Insta360 application (displaying the resolution and color control settings).



*See e.g.*, Insta360 application.

| Parameters | Descriptions |
|---|---|
| Shutter Speed | Controls the time it takes for light to enter the camera. The faster the shutter speed, the clearer the image. Make this higher for dynamic shots and lower for low light conditions. |
| Sensitivity (ISO) | Reflects how sensitive the sensor is to light. A higher sensitivity means the camera can capture more light for a brighter image. |
| Exposure Compensation Value (EV) | In Auto Mode, you can adjust the EV to help with overexposure or underexposure. |
| White Balance (WB) | Removes unrealistic colors and tones so colors are accurately captured in the image. A higher white balance produces warmer tones, lower results in cooler tones. |

| Low Light Stabilization | Improves motion blur and stabilization in low light environments. In extreme environments, the image will be darker and may have some flickering. |
| Filters | Add different color tones and effects. |
| Metering Mode | Face Priority prioritizes the face for brightness. Matrix ensures accurate exposure of the whole image. |
| Balanced Exposure | The screen will automatically equalize the exposure according to the environment. |

*See e.g.*, Insta360 X4 User Manual at p. 24-25.

Synchronization of Multiple Cameras - As shown above, the X4 has a built-in time code function that allows for the synchronization of multiple cameras.

36.    Prior to recording, the user can modify video quality or capture settings in the Insta360 app's live video view on their Personal Device. The X4's processor receives the control signals and adjusts the X4's settings in response to the modifications the user made on the Insta360 app. The user can also command the X4 to record the higher quality video on the X4's microSD card by clicking the red button in the Insta360 app's live view. The user can view the higher quality video in an MP4 format either on the X4 or the user's Personal Device via the Insta360 app.

**Overview of the Insta360 Wide Angle Camera Products**

37.    Defendants make, use, offer to sell, sell, and/or import wide angle cameras products that infringe claims of the Asserted Patents. Defendants' infringing camera products include consumer cameras in Insta360's Ace Series (Insta360 Ace Pro 2, Insta360 Ace Pro, and Insta360 Ace) and Insta360's GO Series (Insta360 Go Ultra, Insta360 GO 3S, Insta360 GO 3, and Insta360 Go 2) (collectively, "Wide Angle Camera Products" or "Accused Wide Angle Camera Products").

38.    Defendants also make, use, offer to sell, sell, and/or import camera product accessories (collectively, "Wide Angle Camera Product Accessories")[2] such as mounts, mounting components, grips, tripods, kits, GPS devices, protective cases, batteries, charging equipment, microSD card, and other video recording accessories that are functionally related to, and are specifically designed for use with, their Wide Angle Camera Products.

39.    Additionally, Defendants also provide Android and iOS applications for use with their Wide-Angle Camera Products. The Android and iOS applications include, but are not limited to, the Insta360 App, Insta360 Studio, and all other similar applications (collectively, "Wide Angle Camera Applications").

---

[2] The Insta360 Wide Angle Cameras support numerous accessories, the Wide Angle Camera Product Accessories. For example, the Wide Angle Camera Product Accessories include, but are not limited to the Insta360 GO 3/GO 3S Easy Clip; Neck Mount; POV Mouth Mount; Head Strap; Chest Strap; Back Bar; Selfie Stick Wrist Strap; Multi Mount; All Purpose Tripod; Insta360 GO 3S Magnet Pendant Safety Cord; Insta360 GO 3 Magnet Pendant Safety Cord; Insta360 GO 3/GO 3S Magnet Pendant; Insta360 GO 3S Pivot Stand; Insta360 GO 3S Pivot Clip; Backpack Clip; Magnetic Selfie Stick Holster; Ski Pole Mount; Floating Surfboard Mount; Helmet Chin Mount; Helmet Mount Kit; Insta360 GO 3/GO 3S Quick Release Mount; Insta360 GO 3S Vertical & Horizontal Action Mount Set; Unicorn Helmet Mount; Insta360 GO 3S Pocket Flexi Mount; Dual/Triple Suction Cup Car Mount; Bike Tail Mount Kit; Motorcycle Selfie Stick Support Clamp; Bike Kit; Bike Computer Mount (Integrated Handlebars); Bike Computer Mount (Independent Handlebars); Bike Headset Cap Mount; Bike Seat Rail Mount; Selfie Stick Ring Mount; Flexible Adhesive Mount; Monkey Tail Mount; Motorcycle Kit; Suction Cup Car Mount; and Rear View Mirror Mount; Heavy Duty Clamp; Pet Harness Mount; Vertical-Horizontal Mount for Insta360 Ace Series; Standard Mount for Insta360 Ace Series; Quick Release Cold Shoe for Insta360 Ace Series; Cold Shoe for Insta360 Ace Series; Floating Surfboard Mount Sticky Base; Selfie Stick Sleeve; Mini Camera Case; Quick Reader for Insta360 Ace Series; Mini Remote; Mic Adapter for Insta360; Ace Series; Carry Case for Insta360 Ace Series; Type-C to Type-C Cable for Insta360 Ace Series; Type-C to C Cable; GPS Preview Remote; GPS Action Remote; 3-Prong to 1/4 inch Adapter; 64GB MicroSD Card; 128GB MicroSD; 256GB MicroSD Card; 512GB MicroSD Card; Insta360 Ace Pro 2/Insta360 Ace Pro Xplorer Grip Kit; Dive Case for Insta360 Ace Pro 2; Wind Guard for Insta360 Ace Pro 2; Lens Guard for Insta360 Ace Pro 2; USB Cover for Insta360 Ace Pro 2; Utility Frame for Insta360 Ace Pro 2/Insta360 Ace Pro; Screen Protector for Insta360 Ace Pro 2/Insta360 Ace Pro; Float Guard for Insta360 Ace Pro 2 Insta360 Ace Pro; ND Filter Set for Insta360 Ace 2 Pro; Battery for Insta360 Ace Pro 2; Fast Charge Hub for Insta360 Ace Series; Portable Charging Case; Carry Case for Insta360 Ace Pro/Insta360 Ace; Mic Windshield Cover for Insta360 Ace Pro; Dive Case for Insta360 Ace Pro; USB Cover for Insta360 Ace Pro; Float Guard for Insta360 Ace Pro/Insta360 Ace; ND Filter Set for Insta360 Ace Pro; Fast Charge Hub for Insta360 Ace Pro/Insta360 Ace; Battery for Insta360 Ace Pro/Insta360 Ace; Screen Protector for Insta360 Ace; USB Cover for Insta360 Ace; ND Filter Set for Insta360 Ace; Quick Release Mount for Ace Series; Pet Harness Mount; Insta360 GO 3S Lens Guard; Insta360 GO 3S Custom Skin; Insta360 GO 3/GO 3S Dive Case; Insta360 GO 3/GO 3S Quick Reader; Insta360 GO 3/GO 3S Carry Case; Insta360 GO 3/GO 3S Screen Protector; Insta360 GO 3/GO 3S Magnet Pendant Safety; Insta360 GO 3S Angle Adjustment Insert; Insta360 GO 3/GO 3S Battery Pack; 2-in-1 Invisible Selfie Stick + Tripod; Invisible Selfie Stick Gold Edition; 114cm; Insta360 GO 3 Quick Release Mount; Insta360 GO 3 Pivot Stand; Insta360 GO 3 Standalone Camera; Insta360 GO 3 Fetch Stick; Insta360 GO 3 Custom Skin Invisible Selfie Stick; Selfie Stick Sleeve; Mini 2-in-1 Tripod; Insta360 GO 3S ND Filter Set; Insta360 GO 3/GO 3S Mic Wind Muff; Insta360 GO 3S Standalone Camera; Insta360 GO 3S Action Pod; and Insta360 GO 3/GO 3S Carry Bag.

**Analysis of Accused Insta360 Wide Angle Camera Products**

40.    The Insta360 GO 3S is a non-limiting example of an Accused Wide Angle Camera Product that infringes at least claim 11 of the '954 Patent and claim 1 of the '983 Patent. For example, the GO 3S is a compact portable digital video camera that allows users to shoot videos from multiple points of view. The GO 3S and its Insta360 accessories (the "GO 3S System") form a digital video camera system.



*See e.g.*, https://store.insta360.com/product/go-3s.

41.    The GO 3S has a lens; a 1/2.3 inch image sensor that captures light propagating through the lens to represent the camera's field of view and produce real time video image data of the scene to be recorded; and a camera processor to, among other things, receive the video image data directly or indirectly from the image sensor, generate multiple image data streams at differing resolutions and/or frame rates, receive control signals from the peripheral device, and adjust the settings of the GO 3S camera. On information and belief, the GO 3S' processor is a Ambarella H22 chip. The processor includes memory as well as a video encoder, which is used to generate at least one encoded video data stream using a H.264 codec.

42.     The GO 3S also includes at least one non-audio sensor that produces data associated with the video. For example, on information and belief, the GO 3S includes a 6-axis gyroscope sensor which produces angular movement data, as well as a GPS sensor which allows the user to locate their GO 3S using the Apple Find My app.



*See e.g.*, https://www.insta360.com/product/insta360-go3s.



*See e.g.*, https://www.insta360.com/product/insta360-go3s.



*See e.g.*, Insta360 application.

43.      The GO 3S processor receives the video data stream from the image sensor as well as data from the gyroscope and GPS sensors. The data received from the gyroscope and GPS sensors are a different data type than the video stream data. Once the data is received by the GO 3S processor, the processor completes a variety of operations with the data from the various sensors. For example, the processor generates at least one encoded video data stream using the video encoder. The GO 3S then combines multiple tracks (which contain non-audio data streams) with a separate track (which contains the encoded video data stream) to generate a MP4 file.



The metadata from a recorded video file indicates that the GO 3S generates a MP4 file with distinct tracks for the embedded video data stream and the for the non-audio data.



A video recording on the GO 3S generates MP4 and LRV files.

44.     Along with the non-audio data and the encoded video data, the GO 3S generates time synchronizing data. For example, the time synchronizing data may be a time code. Once generated, the time synchronizing data is saved within the MP4 file and is used to synchronize the non-audio data track(s) containing the stabilization, GPS, and other non-audio sensor data with the data of the video data track. The MP4 file is then communicated to and stored in the GO 3S memory.



The metadata from a GO S3 video recording indicates that the GO 3S generates time synchronizing data.

45.     The GO 3S also includes a wireless connection protocol device, which is operatively coupled to the GO 3S processor and uses 802.11 a/n/ac Wi-Fi and/or BLE 5.0 Bluetooth protocols to allow the GO 3S to function as a media server that wirelessly transmits videos directly to, and receives wireless control signals or data signals directly from, a personal portable computing device executing the Insta360 app. For example, the Insta360 app can be installed on Android and Apple phone and tablet products, and comes installed on the Action Pod (collectively, these devices are referred to as a "Personal Device"). The Insta360 app must be installed on the Personal Device to activate and use the GO 3S.

- **Using them separately:**

When GO 3S is removed from the Action Pod, it can be used for remote control and live preview up to 16ft (5m) away. The GO 3S buttons are enabled.



**Note:** When using the Action Pod for remote preview, the data is transmitted via Bluetooth and the quality of preview footage is reduced. Remote use will not affect the actual footage.

*See e.g.*, Insta360 GO 3S User Manual at p. 14 (available at:
https://res.insta360.com/static/d70a8e271d0c8e5a4b14a658777c1e31/GO%203S_UserManual_E
N.pdf).

## Activation

You need to activate the camera in the Insta360 app before using it for the first time.

**Steps:**

1. Download the Insta360 app. Alternatively, search "Insta360" in any major app store or scan the QR code on the box.
2. Press the Power Button to turn on the camera.
3. Enable Wi-Fi and Bluetooth on your phone.
4. Open the Insta360 app and tap the camera at the bottom of the page. Select the device you want to connect to in the pop-up window, then follow the on-screen instructions to complete the connection. The name of your camera is "GO 3S ●●" by default, where ●● is the last six digits of your camera's serial number. The first time you connect, you will need to confirm the connection on the touchscreen.
5. After successfully connecting the camera, follow the on-screen instructions to activate it. If a new version is available, the app will prompt you to update the firmware. Please follow the on-screen prompts to update the camera's firmware.

*See e.g.*, https://onlinemanual.insta360.com/go3s/en-us/camera/firstuse/activation.

46.     The Insta360 app wirelessly connects with the GO 3S and allows for a variety of wireless transmissions between the GO 3S and the user's Personal Device. For example, live video from the GO 3S camera is transmitted directly from the GO 3S for display on the user's Personal Device. In this situation, the wireless connection protocol device on the GO 3S directly transmits live video data from the GO 3S to the user's Personal Device. The Insta360 app also allows the GO 3S to transmit captured videos and photos directly to the user's Personal Device. The Insta360 app also allows the user to control camera movements and camera parameters while the user is using the GO 3S. For example, the user can enter a command on the Insta360 app, such as zoom in on a target, and the app will wirelessly direct the GO 3S to follow that command. The Insta360 app is also configured to store the video data stream locally in the Personal Device's storage.

47.     The GO 3S' processor is configured to generate two videos, or image data streams, based on what the camera is viewing. For example, the first view may be a live video of the real time video captured by the GO 3S camera, which is then received by and displayed on the Personal Device. Alternatively, the first video may be a LRV file, which is a preview file generated at the

30

same time as the recorded MP4 file. The second view is an 8K 30fps video recording. Each of the first views—the live video and the LRV file—are a lower quality, resolution, and, upon information and belief, frame rate than the recorded second view. The GO 3S' processor causes the wireless connection protocol device to wirelessly send the live video to the Insta360 app on the user's Personal Device. The live video is then displayed on the user's Personal Device through the Insta360 app.



A video recording on the GO 3S generates the first view LRV file and the second view MP4 file.



*See e.g.*, https://www.insta360.com/support/supportdetail/video/9SdTNyl8n7?article_id=1317.

48.    The GO 3S' live video and LRV file are each a preview of the selected GO 3S camera's current view, meaning they are both a preview of the higher quality/resolution video recorded by the GO 3S. The user can manually adjust recording settings through the live video preview. For example, the user can manually adjust the angle of the video camera based on the live video.



*See e.g.*, Insta360 application (displaying the live video through the Insta360 app).

49.     Using the Insta360 app on their Personal Device, the user can remotely control the GO 3S' camera using the control signals generated by the Insta360 app on the user's Personal Device. These control signals include, but are not limited to:

> Frame Alignment – While using the Action Pod as the Personal Device, the user can adjust the zoom of the camera using the Clarity Zoom button, either to toggle between 1-2x focus or slide zoom, and can correct shaky footage through the Tilt Fix button. Alternatively, when controlling the GO 3S camera on a Personal Device other than the Action Pod, the user can adjust frame alignment features like zoom and tilt fix.



1. **Storage:** Shows the remaining number of photos or the length of video footage that can be stored on the microSD card.

2. **GO 3S Battery Status:** Current battery level of GO 3S.

3. **Action Pod Battery Status:** Current battery level of Action Pod.

4. **Tilt Fix:** Turn on/off.

5. **Shooting Mode:** Tap the icon and swipe to select a different shooting mode.

6. **Shooting Specifications:** Current shooting mode settings.

7. **Field of View:** Change the Field of View.

8. **Clarity Zoom:** Toggle between 1-2x focus, long press to slide zoom.

9. **Jitter Blur Reduction:** Automatically turns on in low light environments to improve motion blur and enhance image stabilization. If the lighting is too dark, the brightness of the image will decrease, and anti flickering will be ineffective.

*See e.g.*, Insta360 GO 3S User Manual at 16.



*See e.g.*, Insta360 application (displaying the live video through the Insta360 app, which focus on the zoom and Tilt Fix buttons).

Remote File Access - The user can access, preview, or download video recordings through the Insta360 app or Insta360 Studio. For example, by swiping right on the touchscreen of Action Pod, while viewing the live video, the user can enter the Album page which contains video recordings.

**Album Page**

Swipe right from the left of the touchscreen to enter the Album page.



*See e.g.*, Insta360 GO 3S User Manual at 23.





*See e.g.*, Insta360 application (Accessing the Album through the Insta360 app).

Data Acquisition - The user can use the live video preview to acquire key data like the GO 3S Battery Status, the Action Pod Battery Status, and available storage in the GO 3S' microSD card.

Resolution/Color/Lighting/Audio - The user can adjust the resolution, color, lighting, and audio settings through the live video on the Insta360 app. For example, the user may pick between 4K, 2.7K, and 1080P resolutions for recorded videos. Additionally, the user may change the color setting from Standard to Vivid or Flat. Additionally, the user can adjust, among other light settings, Shutter Speed, ISO, EV, and White Balance.



*See e.g.*, Insta360 GO 3S User Manual at 20.



*See e.g.*, Insta360 GO 3S User Manual at 21.



*See e.g.*, Insta360 application.



*See e.g.*, Insta360 application.

| Parameters | Descriptions |
|---|---|
| Shutter Speed | Controls the time it takes for light to enter the camera. The faster the shutter speed, the clearer the image. Make this higher for dynamic shots and lower for low light conditions. |
| Sensitivity (ISO) | Reflects how sensitive the sensor is to light. A higher sensitivity means the camera can capture more light for a brighter image. |
| Exposure Compensation Value (EV) | In Auto Mode, you can adjust the EV to help with overexposure or underexposure. |
| White Balance (WB) | Removes unrealistic colors and tones so colors are accurately captured in the image. A higher white balance produces warmer tones and lower results in cooler tones. |
| Jitter Blur Reduction | Improves motion blur and stabilization in low light environments. In extreme environments, the image will be darker and may have some flickering. |

| Filters | Add different color tones and effects. |
|---|---|
| Metering Mode | Face Priority prioritizes the face for brightness. Matrix ensures accurate exposure of the whole image. |
| Sharpness | Adjusts the video screen's clarity and the image edges' sharpness. |

*See e.g.*, Insta360 GO 3S User Manual at pp. 21-22.

Synchronization of Multiple Cameras - As shown above, the GO 3S has a built-in time code function which, upon information and belief, allows for the synchronization of multiple cameras.

50.     Prior to recording, the use can modify video quality or capture settings in the Insta360 app's live video view on their Personal Device. The GO 3S' processor receives the control signals and adjusts the GO 3S' settings in response to the modifications the user made on the Insta360 app. The user can also command the GO 3S to record the higher quality video on the GO 3S' microSD card by clicking the red button in the Insta360 app's live view. The user can view the higher quality video in an MP4 format either on the GO 3S or the user's Personal Device via the Insta360 app.

**Overview of the Insta360 Professional Camera Products**

51.     Defendants make, use, offer to sell, sell, and/or import professional cameras products that infringe claims of the Asserted Patents. Defendants' infringing professional camera products include cameras the Insta360 Pro 2 and Insta360 Titan (collectively, "Professional Camera Products" or "Accused Professional Camera Products").

52.     Defendants also make, use, offer to sell, sell, and/or import camera product accessories (collectively, "Professional Camera Product Accessories")[3] such as mounts, mounting

---

[3] The Insta360 Professional Cameras support numerous accessories, the Professional Camera Product Accessories. For example, the Professional Camera Product Accessories include, but are not limited to the Lens Protective Case,

components, protective cases, batteries, charging equipment, storage cards, and other video recording accessories that are functionally related to, and are specifically designed for use with, their Professional Camera Products.

53.    Additionally, Defendants also provide Android and iOS applications for use with their Professional Camera Products. The Android and iOS applications include, but are not limited to, the Insta360 Pro Camera control application and all other similar applications (collectively, "Professional Camera Applications").

54.    Further, upon information and belief, Defendants operate user agents, proxy servers, registrar servers, redirect servers, session border controllers, gateways, and/or other servers or computers that support and interact with DJI's Android, iOS, and Personal Device apps, 360 Camera Products, Wide Angle Camera Products, and Professional Camera Products (the "Backend System"). Insta360's 360 Camera Products, Wide Angle Camera Products, Professional Camera Products, 360 Camera Applications, Wide Angle Camera Applications, Professional Camera Applications, and Backend System are collectively referred to as the "Accused Products" or "Accused System."

**Analysis of Accused Insta360 Professional Camera Products**

55.    Insta360 Pro 2 is another non-limiting example of an Accused Camera Product that infringes at least claim 11 of the '954 Patent and claim 1 of the '983 Patent. For example, Pro 2 is a compact portable digital video camera that allows users to capture the view around the camera. Pro 2 and the associated accessories form a digital video camera system.

---

Travel Case, Rechargeable Lithium Polymer Battery, DC Adapter, AC Cable, LAN Cable, USB Type-C Cable, Shoulder Strap, 1/4" to ¼" Adapter, Document and Lens Cloth, USB2.0 to 100MBps Ethernet, and Antennas. And possibly the Fixed Base.



*See e.g.,* https://www.insta360.com/product/insta360-pro2/.

56.     The Pro 2 has six lenses and an image sensor that captures light propagating through the lenses to present the camera's field of view and produce real time video image data of the scene to be recorded; and a camera processor to, among other things, receive the video image data directly or indirectly from the image sensor, generate multiple image data streams at differing resolutions and/or frame rates, receive control signals from the peripheral device, and adjust the settings of the Pro 2's camera. The processor includes memory as well as a video encoder, which is used to generate at least one encoded video data stream using a H.264 codec.



*See e.g.,* https://www.insta360.com/product/insta360-pro2/



*See e.g.,* https://www.insta360.com/product/insta360-pro2/

57.    Pro 2 communicates directly with a Personal Device running the Insta360 Pro Camera control application. Pro 2 is capable of Wi-Fi communication and pairs with a Personal Device using Wi-Fi communication. The connection allows Pro 2 to directly communicate with the Personal Device with the Insta360 Pro Camera control application to transmit video and other data to the Personal Device and receive control signals from the Personal Device.

WiFi specifications
802.11 b/g/n, 2.4GHz. Signal range is about 20 meters in open space. Max preview framerate of 30 FPS, supported in roughly 5-meter range.

*See e.g.*, https://www.insta360.com/product/insta360-pro2/

### 3. Connecting to Your Devices

In this Insta360 Pro 2 tutorial, learn how to connect Insta360 Pro 2 to your devices. This tutorial shows you wired and wireless ways to link Insta360 Pro 2 to your desktop, tablet, or phone.

Click **here** to watch the tutorial video.



*See e.g.*, https://onlinemanual.insta360.com/pro2/en-us/tutorial_video/camera/connecting

## 5. Controlling the Camera via Insta360 Pro App

In this Insta360 Pro 2 tutorial, learn how to control your camera using the Insta360 Pro App. This tutorial explains how to use the Insta360 Pro App to change settings and parameters for your photo and video shooting.

Click here to watch the tutorial video.



*See e.g.*, https://onlinemanual.insta360.com/pro2/en-us/tutorial_video/camera/app



Insta360 Pro Camera control app     Download

The controlling app of professional panoramic camera, Insta360 Pro, helps you remotely control Pro/Pro 2 via WiFi connection to realize the shooting, recording and live streaming function of the camera. Moreover, you can adjust various parameters settings, calibrate stitching and check detailed information, etc. Real-time preview allows you to adjust to the shooting frame anytime, and help you get panoramic photos or videos in a professional and quick way.

Platform: Windows / Mac / iOS / Android

*See e.g.*, https://onlinemanual.insta360.com/pro2/en-us/basic/prepare/software

58.     Insta360 Pro Camera control application is a mobile application specifically designed for use with Insta360's Pro and Pro 2 cameras. Using the Insta360 Pro Camera control

44

application, the user can remotely control the Pro 2 camera using the control signals generated by the application on the Personal Device. These control signals include, but are not limited to:

Frame Alignment - The user can drag the screen to zoom the camera and can swipe upwards on the screen of the Personal Device to change the view.

Remote File Access - The user can access, preview, or download video recordings through the Insta360 app or Insta360 Studio.



*See e.g.*, https://onlinemanual.insta360.com/pro2/en-us/photo/production/1.



*See e.g.*, https://onlinemanual.insta360.com/pro2/en-us/photo/production/1.

Data Acquisition - The user can use the live video preview to acquire key data like battery life and available storage in the Pro's microSD card.

Resolution/Color/Lighting/Audio - The user can adjust the resolution, color, lighting, and audio settings through the live video on the Insta360 app. For example, the user may pick between 8K, 5.7K+, 5.7K, and 4K resolutions. Additionally, the user may change the color setting from Standard to Vivid or Flat. Also, the user can adjust light settings relating to Shutter Speed, ISO, EV, and White Balance, among other light settings as well as audio settings.

**General (basic settings for recording)**

| General | Options | Note |
|---------|---------|------|
| Mode | Normal(normal shooting)<br>High FPS(Binning, high-frame rate mode) | High frame rate mode, because of Binning technology, its quality is slightly inferior than ordinary shooting video.<br>In aerial shooting mode, besides recording the video, there is a signal stream up to 1080 HDMI to access UAV's own image transmission system. |
| Content Type | 360° Pano<br>360° 3D | |
| Real-time stitching | Real-time Stitching options (not optical flow stitching). It is turned off by default. If turned on, video resolution needs to be set for real-time stitching storage. | Before shooting real-time stitching video, camera stitching calibration needs to be carried out. The finally stitching effect depends on calibration condition in different scenes. The maximum resolution for real-time stitching video is 4K.<br>Real-time stitching will store 6-lens high bitrate original videos, which can be composited into videos of 8k at the maximum in post-production. |
| Save origins from six lenses | It is turned on by default and will save the original videos from six lenses. | Origins from six lenses are required to be turned on during video recording, which can be used together with real-time stitching, but the resolution of origins from six lenses will be different. |
| Single lens resolution | 8K3D@30FPS(6*3840x2880)<br>8K@60FPS (6*3840x1920)<br>8K@5FPS GSV(6*3840x2160)<br>6K3D@60FPS(6*3200x2400)<br>4K3D@120FPS(6*1920x1440 Binning)<br>4K@30FPS(real-time stitching)<br>(6*3840x2160)<br>4K3D@30FPS(real-time stitching)<br>(6*3840x2880)<br>Customize | After turning on the option for saving original videos, you can select the maximum video resolution recorded per lens. |

*See e.g.*, https://onlinemanual.insta360.com/pro2/en-us/video/production/1.

| | | |
|---------|---------|------|
| I-Log mode | Turned off by default | I-Log is color pattern with large post-production space. You can download official LUT for fast toning.<br>After stitching completes, you need to load LUT using software such as Premiere or FCPX. The usage refers to 3.3.6 |
| Audio gain | -30 ~ 30, 0 by default | Only works for built-in microphones<br>2 methods for optimizing built-in mic recording effects:<br>1. Get audio sample of the fan.<br>2. Shut down the fan. |
| Reset | | |

*See e.g.*, https://onlinemanual.insta360.com/pro2/en-us/video/production/1.

**Exposure**

| Exposure | Options | Note |
|---|---|---|
| Auto | Adjustable EV, white balance | Normal shooting is between -5 ~ 5, and the adjustable range of EV under HDR mode is -3.9 ~ 3.9 |
| Manual | ISO range: range from 100 to 6400<br>Shutter range: average Shutter is 1 / 30s ~ 1/8000 s<br>WB level: Auto (automatic white balance), 2700 K, 3200 K, 4000 K, 5000 K, 6500 K, 7500 K | The general shutter speed for video shooting is set to 1/50s and in particular circumstances, you can adjust shutter speed with ISO for obtaining proper exposure. |
| Isolated Exposure | Each lens is automatically exposed separately, with adjustable EV, white balance.<br>Optical flow stitching can be done via Insta360 Stitcher later, which enables smooth transitions for color difference between each lens. | Isolated Exposure is suitable for shooting scenes with large gap between light and shade, such as shooting bright windows and indoor scenes, bright stages but darker seats in the audience. |
| Reset | | |

**Property (image attribute settings)**

| Property | Options | Note |
|---|---|---|
| Brightness | -255 ~ 255 | Note: it's not suggested to modify the property settings. |
| Saturation | 0 ~ 255 | |
| Contrast | 0 ~ 255 | |
| Reset | | |

*See e.g.,* https://onlinemanual.insta360.com/pro2/en-us/video/production/1.

Synchronization of Multiple Cameras – Pro 2 has several cameras which are synchronized.

59.    And prior to recording the user can modify video quality or capture settings in the Insta360 app's live video view on their Personal Device.

60.    Pro 2's processor is configured to generate at least two videos per each recording. First video may be a live video which is streamed to and displayed on the Personal Device with Insta360 Pro Camera control application. Alternatively, each recording on Pro 2 generates 6 low-resolution proxy videos, a preview file, a project file, necessary data files, and high-resolution

video files. The low-resolution proxy videos are of lower quality, resolution, and based on information and belief, frame rate than the high-resolution video files.



### 3.3.1 [Beginner] Video stitching by Stitcher

1. Format of video files

○ Video shot on Pro 2 is stored in MP4 format, encoded by H.264.

○ Each shoot creates a folder in SD card, which contains 6 low-resolution proxy videos (origin_*_lrv.mp4), preview file (Preview.mp4), project file (pro.prj) and some necessary data files (gyro.mp4) as well as video files. The other 6 MicroSD cards are used to store original high-resolution videos (origin_*.mp4) shot on 6 lenses respectively.

○ origin_*.mp4 sequences are original files captured by each lens for post stitching. Videos in 3840 * 2160 resolution can stitch 8K 2D panoramic video at the maximum and those in 3840 * 2880 resolution can stitch 8K 3D panoramic video at the maximum.

○ origin_*_lrv.mp4 sequences are low-resolution proxy videos, which can be used as stitching references for Stitcher and the "No Stitch" plug-in for Adobe Premiere Pro. The spatial audio and GPS info are stored in origin_6_lrv.mp4.

○ Preview.mp4 is a preview file of 1920 * 960 with frame rate of 30 fps, which can be used to quickly review the video effects like exposure, composition and so on. Please note that FlowState stabilization doesn't take effect in the preview file.

*See e.g.*, https://onlinemanual.insta360.com/pro2/en-us/video/postproduction/1.

61.    Pro 2 also includes at least one non-audio sensor that produces data associated with the video. For example, the Pro 2 includes a GPS which provides location data.



*See e.g.*, https://www.insta360.com/product/insta360-pro2/.



*See e.g.*, https://www.insta360.com/product/insta360-pro2/.

62.    Pro 2's processor receives the video data stream from the image sensor as well as from the GPS. The processor combines video data with the GPS data stores them into at least one low-resolution proxy video file which is stored on an SD card. Based on information and belief, the video data and GPS data are stored as separate tracks within the file. The user is able to access and download these stored files for later use.

63.    Along with the non-audio data and the encoded data, based on information and belief the Pro 2 generates time synchronizing data which is used to synchronize the several video files and the GPS data. This data is also used to synchronize the videos in post-processing.



*See e.g.*, https://onlinemanual.insta360.com/pro2/en-us/video/postproduction/1.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 8,890,954

64.    The allegations set forth in the foregoing paragraphs are hereby realleged and incorporated herein by reference.

65.    In violation of 35 U.S.C. § 271(a), Defendants have directly infringed and continue to directly infringe, both literally and/or under the doctrine of equivalents, the '954 Patent by making, using, offering for sale, selling, and/or importing Accused Products in the United States, including within this Judicial District, that infringe at least claim 11 of the '954 Patent without the authorization of Contour.

66.    In violation of 35 U.S.C. § 271(b), Defendants have induced their customers and/or end users and continue to induce their customers and/or end users to infringe, both literally and/or under the doctrine of equivalents, at least claim 11 of the '954 Patent by providing instructions via their website(s), product manuals, user manuals, product support, or through other documents that induce their customers to directly infringe the '954 Patent and by making, using, offering for sale,

selling, and/or importing Accused Products in the United States, including within this Judicial District, that infringe at least claim 11 of the '954 Patent without the authority of Contour.

67.     In violation of 35 U.S.C. § 271(c), Defendants have actively contributed to direct infringement, and actively contribute to direct infringement of the '954 Patent by making, using, offering for sale, selling, and/or importing components (including, but not limited to, the Accused 360 Camera Products, Accused Wide Angle Camera Products, Accused Professional Camera Products, 360 Camera Applications, Wide Angle Camera Applications, and Professional Camera Applications that are part of at least claim 11 of the '954 Patent), into the United States, including within this Judicial District, that infringe at least claim 11 of the '954 Patent without the authority of Contour. These components have no substantial non-infringing use and are especially made or especially adapted for use in a direct infringement of the '954 Patent.

68.     Defendants have actively contributed to direct infringement of the '954 Patent by others, either literally or under the doctrine of equivalents, by selling the Accused Products and by providing and/or making available for download the 360 Camera Applications for use with the Accused 360 Camera Products, the Wide Angle Camera Applications for use with the Accused Wide Angle Camera Products, and the Professional Camera Applications for use with the Accused Professional Camera Products.

69.     The Accused 360 Camera Products, Accused Wide Angle Camera Products, Accused Professional Camera Products with wireless capability are especially made and/or especially adapted for use with the claimed invention of at least claim 11 of the '954 Patent and are not a staple article or commodity of commerce suitable for substantial non-infringing use.

70.     The 360 Camera Applications, Wide Angle Camera Applications, and Professional Camera Applications are especially made and/or especially adapted for use with the claimed

invention of at least Claim 11 of the '954 Patent and are not a staple article or commodity of commerce suitable for substantial non-infringing use.

71.     Any non-infringing uses of the Accused 360 Camera Products with wireless capability in combination with their respective 360 Camera Applications, Accused Wide Angle Camera Products with wireless capability in combination with their respective Wide Angle Camera Applications, or Accused Professional Camera Products with wireless capability in combination with their respective Professional Camera Applications would be unusual, far-fetched, illusory, impractical, occasional, aberrant, or experimental.

72.     Unless enjoined by this Court, Defendants will continue to infringe the '954 Patent.

73.     Because of Defendants' infringing activities, Contour has suffered damages and will continue to suffer damages in the future.

### COUNT II – INFRINGEMENT OF U.S. PATENT NO. 12,206,983

74.     The allegations set forth in the foregoing paragraphs are hereby realleged and incorporated herein by reference.

75.     In violation of 35 U.S.C. § 271(a), Defendants have directly infringed and continue to directly infringe, both literally and/or under the doctrine of equivalents, the '983 Patent by making, using, offering for sale, selling, and/or importing Accused Products in the United States, including within this Judicial District, that infringe at least claim 1 of the '983 Patent without the authorization of Contour.

76.     In violation of 35 U.S.C. § 271(b), Defendants have induced their customers and/or end users and continue to induce their customers and/or end users to infringe, both literally and/or under the doctrine of equivalents, at least claim 1 of the '983 Patent by providing instructions via its website(s), product manuals, user manuals, product support, or through other documents that induce their customers to directly infringe the '983 Patent and by making, using, offering for sale,

selling, and/or importing Accused Products in the United States, including within this Judicial District, that infringe at least claim 1 of the '983 Patent without the authority of Contour.

77. In violation of 35 U.S.C. § 271(c), Defendants have actively contributed to direct infringement, and actively contribute to direct infringement of the '983 Patent by making, using, offering for sale, selling, and/or importing components (including, but not limited to, the Accused 360 Camera Products, Accused Wide Angle Camera Products, Accused Professional Camera Products, 360 Camera Applications, Wide Angle Camera Applications, and Professional Camera Applications that are part of at least claim 1 of the '983 Patent), into the United States, including within this Judicial District, that infringe at least claim 1 of the '983 Patent without the authority of Contour. These components have no substantial non-infringing use and are especially made or especially adapted for use in a direct infringement of the '983 Patent.

78. Defendants have actively contributed to direct infringement of the '983 Patent by others, either literally or under the doctrine of equivalents, by selling the Accused Products and by providing and/or making available for download the 360 Camera Applications for use with the Accused 360 Camera Products, the Wide Angle Camera Applications for use with the Accused Wide Angle Camera Products, and the Professional Camera Applications for use with the Accused Professional Camera Products.

79. The Accused 360 Camera Products, Accused Wide Angle Camera Products, Accused Professional Camera Products with wireless capability are especially made and/or especially adapted for use with the claimed invention of at least claim 1 of the '983 Patent and are not a staple article or commodity of commerce suitable for substantial non-infringing use.

80. The 360 Camera Applications, Wide Angle Camera Applications, and Professional Camera Applications are especially made and/or especially adapted for use with the claimed

invention of at least claim 1 of the '983 Patent and are not a staple article or commodity of commerce suitable for substantial non-infringing use.

81.     Any non-infringing uses of the Accused 360 Camera Products with wireless capability in combination with their respective 360 Camera Applications, Accused Wide Angle Camera Products with wireless capability in combination with their respective Wide Angle Camera Applications, or Accused Professional Camera Products with wireless capability in combination with their respective Professional Camera Applications would be unusual, far-fetched, illusory, impractical, occasional, aberrant, or experimental.

82.     Unless enjoined by this Court, Defendants will continue to infringe the '983 Patent.

83.     Because of Defendants' infringing activities, Contour has suffered damages and will continue to suffer damages in the future.

## JURY DEMAND

84.     Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Contour demands a trial by jury on all issues triable as such.

## PRAYER FOR RELIEF

85.     Contour respectfully requests that this Court enter judgment in Contour's favor and against Insta360 as follows:

A.     That Insta360 has directly and indirectly infringed at least one claim from each of the Asserted Patents;

B.     That Insta360's infringement has been willful;

C.     An award of damages to be paid by Insta360 adequate to compensate Contour for Insta360's infringement of the Asserted Patents and in no event less than a reasonable royalty together with interests and costs;

D.     An award of treble damages in accordance with 35 U.S.C. § 284;

E.      An order enjoining Insta360 and its officers, agents, servants, employees, users, attorneys, and all those persons in active concert or participation with Insta360 from the acts described in this Complaint;

F.      A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of Contour's reasonable attorneys' fees; and

G.      Any other relief at law or in equity as the Court deems just and proper.

Dated: December 9, 2025

*/s/ Gary R. Sorden*
Gary R. Sorden
Texas Bar No. 24066124
gsorden@coleschotz.com
Timothy J.H. Craddock
Texas Bar No. 24082868
tcraddock@coleschotz.com
Brian L. King
Texas Bar No. 24055776
bking@coleschotz.com
Rajkumar Vinnakota
Texas Bar No. 24042337
kvinnakota@coleschotz.com
Vishal Patel
Texas Bar No. 24065885
vpatel@coleschotz.com

Respectfully submitted,

Arjun Padmanabhan
Texas Bar No. 24120122
apadmanabhan@coleschotz.com
Seokin Yeh
Texas Bar No. 24131942
syeh@coleschotz.com
Alex Jacovetty
Texas Bar No. 24144037
ajacovetty@coleschot.com
COLE SCHOTZ, P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390
Fax: (469) 533-1587

**ATTORNEYS FOR PLAINTIFF**
**CONTOUR IP HOLDING, LLC**