IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC | |
| *Plaintiff,* | Case No. 4:25-cv-1369 |
| v. | |
| ARASHI VISION INC., D/B/A INSTA360 | JURY TRIAL DEMANDED |
| *Defendant.* | |

**DECLARATION OF BENJAMIN BAI IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS FOR FAILURE TO STATE A LAIM**

I, Benjamin Bai, declare:

1. I am a partner with King & Wood LLP, counsel in this action for Defendant Arashi Vision Inc. d/b/a Insta360 ("Defendant"). I submit this declaration in support of Defendant's Motion to Dismiss. I am over 18 years of age. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could and would testify competently to the matters contained herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Order on Post-Trial Motions, filed on May 14, 2026, in the matter of *Contour IP Holding, LLC v. GoPro, Inc.*, No. 3:17-cv-04738-WHO (N.D. Cal.), at Docket No. 912.

3. Attached hereto as Exhibit B is a true and correct copy of the Judgment, filed on June 1, 2026, in the matter of *Contour IP Holding, LLC v. GoPro, Inc.*, No. 3:17-cv-04738-WHO (N.D. Cal.), at Docket No. 915.

4.  Attached hereto as Exhibit C is a true and correct copy of the Notice of Appeal, filed on July 1, 2026, in the matter of *Contour IP Holding, LLC v. GoPro, Inc.*, No. 3:17-cv-04738-WHO (N.D. Cal.), at Docket No. 926.

5.  Attached hereto as Exhibit D is a true and correct copy of an Examiner's Office Action dated March 27, 2024 from the U.S. Patent & Trademark Office prosecution history of U.S. Patent No. 12,206,983.

6.  Attached hereto as Exhibit E is a true and correct copy of an Applicant Amendment dated June 27, 2024 from the U.S. Patent & Trademark Office prosecution history of U.S. Patent No. 12,206,983.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 21, 2026, in Shanghai, the Public Republic of China.

By: /s/ J. Benjamin Bai

J. Benjamin Bai