Gary R. Sorden (*pro hac vice* pending)
gsorden@coleschotz.com
Rajkumar Vinnakota (*pro hac vice* pending)
kvinnakota@coleschotz.com
Brian L. King (*pro hac vice* pending)
bking@coleschotz.com
COLE SCHOTZ, P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390
Fax: (469) 533-1587

(continued on the next page)

ATTORNEYS FOR PLAINTIFF
CONTOUR IP HOLDING, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTOUR IP HOLDING, LLC | Case No. 3:17-CV-04738-WHO |
| Plaintiff, | **PLAINTIFF'S NOTICE OF APPEAL** |
| vs. | |
| GOPRO, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff Contour IP Holding, LLC ("Contour") appeals to the United States Court of Appeals for the Federal Circuit from the final judgment by the Honorable William H. Orrick, entered June 1, 2026. Contour further appeals any and all decisions, orders, rulings, findings, and/or conclusions adverse to Contour including, but not limited to:

- The Court's Order on the motion to exclude the expert reports and opinions of Dr. Ugone on damages (Dkt. 445);

- The Court's Order denying-in-part Contour's motion to strike Dr. Almeroth's supplemental report (Dkt. 831);

- The Court's Order precluding Contour from arguing that Defendant GoPro, Inc.'s ("GoPro") accused products were already determined to infringe (Dkt. 831);

- The Court's decision to exclude the finding that GoPro's accused products infringe claim 11 of the '954 patent from the verdict form (Dkt. 860);

- The Court's decisions on the jury instructions related to invalidity (Dkt. 851; Dkt. 859);

- The Court's decisions precluding Contour from arguing that GoPro's prior art was considered by the Patent Office during prosecution and during the inter partes review proceedings, including in response to a juror note (Dkt. 850; Dkt. 862; 10/8/2025 Tr. at 1395-1396);

- The Court's denial of Contour's motions for judgment as a matter of law on infringement and on invalidity (10/7/2025 Tr. at 1381-1385; Dkt. 912); and

- The Court's denial of Contour's motion for a new trial (Dkt. 912).

- Submitted contemporaneously is the $600.00 docket fee required under 29 U.S.C. § 1913 as prescribed by the Federal Circuit's fee schedule, and the $5.00 fee required under 28 U.S.C. § 1917.

///
///
///
///
///
///
///
///

CALL &
JENSEN
EST. 1981

PLAINTIFF'S NOTICE OF APPEAL

L. Lisa Sandoval, Bar No. 310380
lsandoval@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:    (949) 717-3000
Fax:   (949) 717-3100

John R. Keville (*pro hac vice*)
jkeville@sheppardmullin.com
Michelle C. Replogle (*pro hac vice*)
mreplogle@shepparkmullin.com
Michael C. Krill (*pro hac vice*)
mkrill@sheppardmullin.com
Sunny Akarapu (*pro hac vice*)
sakarapu@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
845 Texas Avenue, 25th Floor
Houston, Texas  77002-2791
Tel:  (713) 431-7100
Fax:  (713) 431-7024

Lai L. Yip (Bar No. 258029)
lyip@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
Four Embarcadero Center Seventeenth Floor
San Francisco, CA  94111
Tel:  (415) 434-9100
Fax: (415- 875-6700

ATTORNEYS FOR PLAINTIFF
CONTOUR IP HOLDING, LLC

PLAINTIFF'S NOTICE OF APPEAL

Dated:  July 1, 2026

CALL & JENSEN
A Professional Corporation
L. Lisa Sandoval


By: */s/ L. Lisa Sandoval*
　　　L. Lisa Sandoval (Bar No. 310380)
　　　CALL & JENSEN
　　　A Professional Corporation
　　　610 Newport Center Drive, Suite 700
　　　Newport Beach, CA  92660
　　　Tel:　　(949) 717-3000
　　　Fax:　　(949) 717-3100
　　　lsandoval@calljensen.com

　　　Gary R. Sorden (*pro hac vice* pending)
　　　gsorden@coleschotz.com
　　　Rajkumar Vinnakota (*pro hac vice* pending)
　　　kvinnakota@coleschotz.com
　　　Brian L. King (*pro hac vice* pending)
　　　bking@coleschotz.com
　　　COLE SCHOTZ, P.C.
　　　901 Main Street, Suite 4120
　　　Dallas, Texas 75202
　　　Tel: (469) 557-9390
　　　Fax: (469) 533-1587

　　　John R. Keville (*pro hac vice*)
　　　jkeville@sheppardmullin.com
　　　Michelle C. Replogle (*pro hac vice*)
　　　mreplogle@shepparkmullin.com
　　　Michael C. Krill (*pro hac vice*)
　　　mkrill@sheppardmullin.com
　　　Sunny Akarapu (*pro hac vice*)
　　　sakarapu@sheppardmullin.com
　　　SHEPPARD, MULLIN, RICHTER &
　　　HAMPTON, LLP
　　　845 Texas Avenue, 25th Floor
　　　Houston, Texas  77002-2791
　　　Tel:  (713) 431-7100
　　　Fax:  (713) 431-7024

PLAINTIFF'S NOTICE OF APPEAL

Lai L. Yip (Bar No. 258029)
lyip@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
Four Embarcadero Center Seventeenth Floor
San Francisco, CA  94111
Tel:  (415) 434-9100
Fax:  (415- 875-6700

ATTORNEYS FOR PLAINTIFF
CONTOUR IP HOLDING, LLC

PLAINTIFF'S NOTICE OF APPEAL