-1-

CONTR.011C8                                                                                          PATENT

**RESPONSE TO NON-FINAL OFFICE ACTION DATED MARCH 27, 2024**

| | |
|---|---|
| **First Inventor:** O'Donnell, Laura | **Conf. No.:** 8104 |
| **App. No.:** 17/937753 | **Filed:** October 3, 2022 |
| **Examiner:** Parikh, Dakshesh D. | **Art Unit:** 2488 |
| **Title:** PORTABLE DIGITAL VIDEO CAMERA CONFIGURED FOR REMOTE IMAGE ACQUISITION CONTROL AND VIEWING | |

**Mail Stop Amendment**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Commissioner:

In response to the Non-Final Office Action dated March 27, 2024, Applicant respectfully submits the following.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Summary of Interview** begins on page 8 of this paper.

**Remarks/Arguments** begin on page 9 of this paper.

-1-

**Application No.:**    **17/937753**
**Filing Date:**        **October 3, 2022**

## AMENDMENTS TO THE CLAIMS

1.-13.  (Canceled)

14. (Currently Amended) A first video camera, comprising:

a lens;

an image sensor configured to generate first image data from light propagating through the lens;

at least one non-audio data sensor configured to produce first non-audio sensor data associated with the first video camera;

a wireless connection protocol device; and

a processor, comprising:

a video encoder, and

memory,

wherein the processor is configured to:

receive the first image data from the image sensor,

receive the first non-audio sensor data from the at least one non-audio data sensor,

generate at least one encoded video data stream using the video encoder, wherein a data type of the first non-audio sensor data is different from a data type of the at least one encoded video data stream,

send, using the wireless connection protocol device, the at least one encoded video data stream by wireless transmission to a first remote computing device, wherein the first remote computing device is connected to a first data storage medium, and wherein the first remote computing device is configured to store the at least one encoded video data stream on the first data storage medium as a first file,

combine the first non-audio sensor data with the at least one encoded video data stream to form a combined video stream,

communicate at least part of the combined video stream to the memory, wherein the at least one encoded video data stream is stored as a first track and the first non-audio sensor data is stored as a second track that is distinct from the first track, and

-2-

**Application No.:**    **17/937753**
**Filing Date:**         **October 3, 2022**

generate time-synchronizing data,

wherein the time-synchronizing data is used to synchronize the first track with the second track,

wherein the first video camera is configured as a media server that enables access to the combined video stream.

15. (Canceled)

16. (Currently Amended) The first video camera of claim 14, further comprising:

a second data storage medium,

wherein the processor is configured to store the at least one encoded video data stream on the second data storage medium as a second file.

17. (Canceled)

18. (Currently Amended) The first video camera of claim 17 14, further comprising:

a display,

wherein the processor is configured to cause the display to show the first image data.

19. (Previously Presented) The first video camera of claim 21, further comprising:

a microphone; and

an audio encoder,

wherein the microphone is configured to produce audio data,

wherein the audio encoder is configured to produce an encoded audio data stream from the audio data, and

wherein the processor is configured to embed the encoded audio data stream with the at least one encoded video data stream.

20. (Previously Presented) The first video camera of claim 19, further comprising:

a switch activator,

wherein the switch activator activates the first video camera.

21. (Previously Presented) The first video camera of claim 18, wherein the at least one non-audio data sensor is a GPS receiver.

22. (Withdrawn - Previously Presented) The first video camera of claim 18, wherein the at least one non-audio data sensor is an automotive sensor comprising an engine sensor.

23. (Canceled)

**Application No.:**    17/937753
**Filing Date:**          October 3, 2022

24. (Withdrawn - Previously Presented) The first video camera of claim 16, further comprising:

a post-processor,

wherein the post-processor receives the combined video stream and associates one or more event categories with the combined video stream based on content of the combined video stream.

25. (Withdrawn - Previously Presented) The first video camera of claim 24, wherein the one or more event categories associated with the combined video stream are determined based on data gathered from a body of video streams with which event categories have been previously associated.

26. (Withdrawn - Currently Amended) The first video camera of claim 16, wherein a post-processor receives the combined video stream and associates one or more event categories with the combined video stream based on content of the combined video stream, wherein the post-processor is a second remote computing device.

27. (Currently Amended) The first video camera of claim 15 14, further comprising: a wireless connection protocol device, wherein the processor is configured to:

send, using use the wireless connection protocol device, to send the combined video stream by wireless transmission to a the first remote computing device.

28. (Previously Presented) The first video camera of claim 21,

wherein at least one second video camera is configured to produce second image data,

wherein the processor is configured to:

receive the second image data from the at least one second video camera, and

communicate at least part of the second image data to the memory.

29. (Currently Amended) A method for capturing video, the method comprising:

receiving first image data from an image sensor of a first video camera, the first video camera comprising a lens and the image sensor;

generating at least one encoded video data stream using a video encoder of a processor,

-4-

**Application No.:**   **17/937753**
**Filing Date:**       **October 3, 2022**

sending, using a wireless connection protocol device of the first video camera, the at least one encoded video data stream by wireless transmission to a remote computing device, wherein the remote computing device is connected to a first data storage medium, and wherein the remote computing device is configured to store the at least one encoded video data stream on the first data storage medium as a first file,

receiving first non-audio sensor data from at least one non-audio data sensor, wherein a data type of the first non-audio sensor data is different from a data type of the at least one encoded video data stream,

combining the first non-audio sensor data with the at least one encoded video data stream to form a combined video stream,

communicating at least part of the combined video stream to memory of the processor, wherein the at least one encoded video data stream is stored as a first track and the first non-audio sensor data is stored as a second track that is distinct from the first track, and

generating time-synchronizing data,

wherein the time-synchronizing data is used to synchronize the first track with the second track,

wherein the first video camera is configured as a media server that enables access to the combined video stream.

30. (Canceled)

31. (Currently Amended) The method of claim 29, further comprising:

storing the at least one encoded video data stream as a second file on a second data storage medium connected to the processor.

32. (Canceled)

33. (Currently Amended) The method of claim ~~32~~ 31, further comprising displaying the first image data on a display.

34. (Previously Presented) The method of claim 36, further comprising:

receiving audio data from a microphone;

producing an encoded audio data stream from the audio data using an audio encoder; and

**Application No.:**    17/937753
**Filing Date:**          October 3, 2022

embedding the encoded audio data stream with the at least one encoded video data stream using the processor.

35. (Previously Presented) The method of claim 34, further comprising activating recording by the first video camera using a switch activator.

36. (Previously Presented) The method of claim 33, wherein the first non-audio sensor data is GPS data received from a GPS receiver.

37. (Withdrawn - Previously Presented) The method of claim 36, wherein the first non-audio sensor data is engine data received from an engine sensor.

38. (Canceled)

39. (Withdrawn - Previously Presented) The method of claim 31, further comprising producing event category data associated with the first image data using the at least one non-audio data sensor.

40. (Withdrawn) The method of claim 31, further comprising producing event category data based on data gathered from a body of image data with which event categories have been previously associated.

41. (Withdrawn – Currently Amended) The method of claim 40, further comprising sending, using a wireless connection protocol device, the combined video stream by wireless transmission to a the remote computing device.

42. (Currently Amended) The method of claim 36, further comprising:

receiving second image data from at least one second video camera, the at least one second video camera comprising a at least one lens and an at least one image sensor; and

communicating at least part of the second image data to the memory of the processor.

43. (Currently Amended) A first video camera, comprising:

a lens;

an image sensor configured to generate first image data from light propagating through the lens;

at least one non-audio data sensor configured to produce first non-audio sensor data associated with the first video camera;

a wireless connection protocol device; and

a processor comprising a video encoder and memory,

-6-

**Application No.:**    **17/937753**
**Filing Date:**        **October 3, 2022**

wherein the processor is configured to:

receive the first image data from the image sensor,

receive the first non-audio sensor data from the at least one non-audio data sensor,

generate at least one encoded video data stream using the video encoder, wherein a data type of the first non-audio sensor data is different from a data type of the at least one encoded video data stream,

send, using the wireless connection protocol device, the at least one encoded video data stream by wireless transmission to a remote computing device, wherein the remote computing device is connected to a data storage medium, and wherein the remote computing device is configured to store the at least one encoded video data stream on the data storage medium as a file,

communicate at least part of the at least one encoded video data stream to the memory, wherein the at least one encoded video data stream is stored as a first track,

communicate at least part of the first non-audio sensor data to the memory, wherein the first non-audio sensor data is stored as a second track that is distinct from the first track,

combine the first non-audio sensor data with the at least one encoded video data stream to form a combined video stream, and

generate time-synchronizing data,

wherein the time-synchronizing data is used to synchronize the first track with the second track,

wherein the first video camera is configured as a media server that enables access to the combined video stream.

**Application No.:**    **17/937753**
**Filing Date:**         **October 3, 2022**

## SUMMARY OF INTERVIEW

Attendees, Date and Type of Interview

A telephonic interview was conducted on June 10, 2024 and attended by Examiner Dakshesh Parikh and Applicant's representatives, Lincoln Essig and Christopher Lewis, and Ross Helfer (observing).

Identification of Claims Discussed

Proposed amendments to Claim 14 were discussed.

Identification of Prior Art Discussed

The cited art of record was discussed during the interview.

Results of Interview

The attendees of the interview discussed differences between the art of record and the claims.  The attendees of the interview also discussed proposed amendments to Claim 14.  The Examiner agreed that the proposed amendments appeared to overcome the current rejections under 35 U.S.C. § 103, but no agreement as to allowability was made.  Applicant thanks the Examiner for his time and thoughts on the matters in this case.

**Application No.:**   **17/937753**
**Filing Date:**   **October 3, 2022**

## REMARKS

This paper is filed in response to the Non-Final Office Action dated March 27, 2024 (hereinafter "Office Action") in connection with the above-referenced application. By way of summary, Claims 14-21, 27-36, and 42-43 were pending in this application, Claims 22, 24-26, 37, and 39-41 were previously withdrawn, and Claims 23 and 38 were canceled. In this response, independent Claims 14, 29, and 43 and dependent Claims 16, 18, 26-27, 31, 33, and 41-42 have been amended and Claims 15, 17, 30, and 32 have been canceled No new subject matter is believed to have been added. The amendments are made solely to advance prosecution of the application. Applicant reserves the right to pursue the previously pending claims in this or in a continuing application. Upon entry of the amendments, Claims 14, 16, 18-21, 27-29, 31, 36, and 42-43 will be pending for consideration.

## RESPONSE TO DOUBLE PATENTING REJECTION

Claims 14-16, 18-19, 21, 27, 29-31, 33-36, and 43 were rejected on the ground of nonstatutory obviousness-type double patenting as allegedly being unpatentable over Claims 1-30 of U.S. Patent No. 8,890,954, Claims 1-20 of U.S. Patent No. 8,896,694, Claims 1-31 of U.S. Patent No. 9,742,975, Claims 1-9 of U.S. Patent No. 10,356,304, Claims 1-20 of U.S. Patent No. 11,076,084, in view of U.S. Patent Publication No. 2005/0078195 to Van Wagner (hereinafter "Van Wagner") and U.S. Patent Publication No. 2007/0255496 to Fong et al. (hereinafter "Fong"). Claims 17, 28, 32, and 42 were rejected on the ground of nonstatutory obviousness-type double patenting as allegedly being unpatentable over Claims 1-30 of U.S. Patent No. 8,890,954, Claims 1-20 of U.S. Patent No. 8,896,694, Claims 1-31 of U.S. Patent No. 9,742,975, Claims 1-9 of U.S. Patent No. 10,356,304, Claims 1-20 of U.S. Patent No. 11,076,084, in view of Van Wagner, Fong, and U.S. Patent Publication No. 2010/0118158 to Boland et al. (hereinafter "Boland"). Applicant respectfully disagrees. In view of the amendments to Claims 14, 16, 18, 27, 29, 31, 33, and 42-43, Applicant respectfully requests reconsideration of the rejections on the grounds of nonstatutory obviousness-type double patenting, withdrawal of the rejection, and allowance of the claims.

## RESPONSE TO REJECTION UNDER 35 U.S.C. § 103

Claims 14-16, 18-19, 21, 27, 29-31, 33-36, and 43 were rejected under 35 U.S.C. § 103 as allegedly being unpatentable over VanWagner in view of Fong. Claims 17, 28, 32, and 42 were

**Application No.:**    17/937753
**Filing Date:**        October 3, 2022

rejected under 35 U.S.C. § 103 as allegedly being unpatentable over VanWagner in view of Fong and Boland.

**Independent Claims 14, 29, and 43**

Applicant respectfully disagrees and traverses these rejections. However, Applicant has amended independent Claims 14, 29, and 43, as set forth above, in order to advance prosecution of this application.

As discussed and agreed to in the interview, the cited references fail to teach or suggest, a processor configured to, inter alia:

> send, using the wireless connection protocol device, the at least one encoded video data stream by wireless transmission to a first remote computing device, wherein the first remote computing device is connected to a first data storage medium, and wherein the first remote computing device is configured to store the at least one encoded video data stream on the first data storage medium as a first file,
> combine the first non-audio sensor data with the at least one encoded video data stream to form a combined video stream,
> communicate at least part of the combined video stream to the memory, wherein the at least one encoded video data stream is stored as a first track and the first non-audio sensor data is stored as a second track that is distinct from the first track, and
> generate time-synchronizing data,
> wherein the time-synchronizing data is used to synchronize the first track with the second track,
> wherein the first video camera is configured as a media server that enables access to the combined video stream.

as recited in Claim 14. Claims 29 and 43 include similar claim recitations.

Thus, Applicant submits Claims 14, 29, and 43 are patentably distinct from the cited references. Accordingly, Applicant respectfully requests that the rejection of Claims 14, 29, and 43 under 35 U.S.C. § 103 be withdrawn and that the claims be allowed.

**Dependent Claims 16, 18-21, 27-28, 31, 36, and 42**

Applicant respectfully disagrees and traverses these rejections. Claims 16, 18-21, 27-28, 31, 36, and 42 depend from Claim 14 or Claim 29 and are patentably distinct from the cited references for at least the same reasons articulated above with respect to Claim 14. In addition, Claims 16, 18-21, 27-28, 31, 36, and 42 recite additional features that provide further grounds for patentability. Accordingly, Applicant respectfully requests that the rejections of Claims 16, 18-21, 27-28, 31, 36, and 42 under 35 U.S.C. § 103 be withdrawn and that the claims be allowed.

**Application No.:**    17/937753
**Filing Date:**       October 3, 2022

## No Disclaimers or Disavowals

Applicant respectfully submits that the claims are in condition for allowance. Furthermore, any remarks in support of patentability of one claim should not be imputed to any other claim, even if similar terminology is used. Any remarks referring to only a portion of a claim should not be understood to base patentability on that portion or that the element discussed is essential or critical; rather, patentability must rest on each claim taken as a whole. Applicant respectfully traverses each of the Examiner's rejections and each of the Examiner's assertions regarding what the prior art shows or teaches, even if not expressly discussed herein. Although the present communication may include alterations to the application or claims, or characterizations of claim scope or referenced art, no acquiescence, disclaimer, or estoppel is intended or should be implied thereby. Applicant is not conceding in this application that previously pending claims are not patentable over the cited references. Rather, any alterations or characterizations are being made only to expedite prosecution of the present application and are without prejudice to the presentation or assertion, in the future, of claims relating to the same or similar subject matter. Applicant may not have presented in all cases, arguments concerning whether the applied references render the claims anticipated or obvious, and Applicant reserves the right to later submit additional arguments of patentability. Applicant also reserves the right to pursue at a later date any previously pending or other broader or narrower claims that capture any subject matter supported by the present disclosure. Accordingly, reviewers of this or any parent, child, or related prosecution history shall not reasonably infer that Applicant has made any disclaimers or disavowals of any subject matter supported by the present application.

Please charge any additional fees, including any fees for additional extension of time, or credit overpayment to Deposit Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 27, 2024                   By:___/Lincoln. S. Essig./_____
                                          Lincoln S. Essig
                                          Registration No. 59,362
                                          Registered Practitioner
                                          (202) 640-6407

59521453

-11-