**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **CONTOUR IP HOLDING, LLC** | |
| *Plaintiff*, | **Case No. 4:25-cv-1369** |
| **v.** | |
| **ARASHI VISION INC., D/B/A INSTA360** | **JURY TRIAL DEMANDED** |
| *Defendant*. | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION**
**TO DISMISS**

This Court, having considered Defendant's Motion to Dismiss for Failure to State a Claim, hereby GRANTS the Motion.

It is hereby ORDERED that Contour IP Holding, LLC's Original Complaint is DISMISSED with prejudice.

IT IS ORDERED.