**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **CONTOUR IP HOLDING, LLC** | |
| *Plaintiff*, | **Case No. 4:25-cv-1369** |
| **v.** | |
| **ARASHI VISION INC., D/B/A INSTA360** | **JURY TRIAL DEMANDED** |
| *Defendant*. | |

**DEFENDANT INSTA360'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Arashi Vision Inc. d/b/a

Insta360 states that it does not have a parent corporation and no publicly held company owns

10% or more of its stock.

July 21, 2026                                Respectfully submitted.


By: /s/ J. Benjamin Bai


J. Benjamin Bai
Texas Bar No. 24001675
**King & Wood LLP**
500 Fifth Avenue, 50th Floor
New York NY 10110
Telephone: (212) 319-4755
E-mail: benjamin.bai@cn.kingandwood.com


Yang Guo
New York Bar No. 5897251
**King & Wood**

1

17th Floor, One ICC, Shanghai ICC
999 Middle Huai Hai Road, Xuhui District
Shanghai 200031 China
Telephone: (628) 999-0922
Email: guoyang5@cn.kingandwood.com

Haolu Feng
D.C. Bar No. 90001026
**King & Wood**
17th Floor, One ICC, Shanghai ICC
999 Middle Huai Hai Road, Xuhui District
Shanghai 200031, China
Telephone: (206) 499-2956
Email: harry.feng@cn.kingandwood.com

*Counsel for Arashi Vision Inc. d/b/a Insta360*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2026, a true and correct copy of the foregoing was electronically filed using CM/ECF, which serves electronic notice on all counsel of record and registered CM/ECF users.

By: /s/ Benjamin Bai