IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

CONTOUR IP HOLDING, LLC,

    *Plaintiff,*

vs.

ARASHI VISION INC., D/B/A INSTA360,

    *Defendant.*

CASE NO.:  4:25-CV-01369

JURY TRIAL DEMANDED

## PLAINTIFF'S VOLUNTARY DISMISSAL OF PATENT CLAIMS

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Contour IP Holding, LLC ("Plaintiff" or "Contour") hereby voluntarily dismisses its claims for infringement of U.S. Patent No. 8,89,954 (the "'954 Patent") asserted in this action against Defendant Arashi Vision Inc., d/b/a Insta360 ("Defendant" or "Insta360").

Specifically, Contour dismisses Count I of the Complaint, which is based upon alleged infringement of the '954 Patent.

All remaining claims and defenses not expressly dismissed herein remain pending.

This dismissal is without prejudice.

Dated: August 4, 2026

Respectfully submitted,

*/s/ Gary R. Sorden*
Gary R. Sorden
Texas Bar No. 24066124
gsorden@coleschotz.com
COLE SCHOTZ, P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390
Fax: (469) 533-1587

**ATTORNEY FOR PLAINTIFF**
**CONTOUR IP HOLDING, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service were served with a copy of this document on August 4, 2026, via the Court's ECF system.

*/s/ Gary R. Sorden*
Gary R. Sorden

2