UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CONTOUR IP HOLDING, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-01369-SDJ |
| | § | |
| ARASHI VISION INC., D/B/A INSTA360 | § | |
| | § | |

**ORDER**

Before the Court is Defendant's Rule 12(b)(6) Motion to Dismiss and Brief in Support. (Dkt. #9). Plaintiff has since filed a first amended complaint. (Dkt. #15). The first amended complaint is now the operative complaint in this case. Because Defendant's motion seeks dismissal of the original complaint, the motion is now moot.

It is therefore **ORDERED** that Defendant's Rule 12(b)(6) Motion to Dismiss and Brief in Support, (Dkt. #9), is **DENIED as moot**.

**So ORDERED and SIGNED this 12th day of August, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE