**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| Contour IP Holding, LLC,<br>Plaintiff,<br>v.<br>ARASHI VISION INC. D/B/A INSTA360,<br>Defendant. | Civil Action No.: 4:25-CV-1369-SDJ<br><br>**JURY TRIAL DEMANDED** |

**PARTIES' JOINT REPORT OF RULE 26(F) CONFERENCE**

In accordance with the Court's Order Governing Proceedings (Dkt. 11) ("Order") and Federal Rules of Civil Procedure 26(f), counsel representing Contour IP Holdings, LLC ("Plaintiff" or "Contour") and Arashi Vision Inc. d/b/a Insta360 ("Defendant" or "Insta360") conducted a teleconference on August 19, 2026 (the "Conference"). The Parties propose the following:

**1. Modifications to proposed Scheduling Order**

The Parties have provided their proposed schedule as **Exhibit A**.

a. Claim Construction Discovery

The Parties agree to follow the local patent rules regarding discovery relating to claim construction and currently do not anticipate the need for any specific limits regarding such discovery.

b. Claim Construction Pre-Hearing Conference

At this time, the Parties do not anticipate the need for a Claim Construction Pre-Hearing Conference. If the Court prefers to conduct one, the Parties are available to appear at the Court's convenience.

**2. Mediation**

The Parties believe that mediation may be helpful in this case but that such mediation occur following the Court's order on claim construction, as set forth in the proposed schedule. The Parties are discussing potential mediators and will notify the Court of the agreed-upon mediator.

**3. Limitations on Discovery**

The Parties agree to the discovery limitations on discovery imposed by the Discovery Limitations of Order Governing Proceedings (Dkt. 11) except that the Parties propose that expert depositions and third-party depositions not be counted against the 40 hours of deposition time for each side as provided in the Order. Expert depositions shall be limited to seven hours of deposition time per report submitted by an expert. For example, if an expert submits a report on infringement and invalidity, the opposing party may depose the expert for up to fourteen hours.

**4. Identity of Persons to be Deposed**

Plaintiff expects to depose at least certain Insta360 employees and/or representatives knowledgeable about the design and development of the accused products and accused functionalities, financial information associated with such products, Insta360's defenses and any counterclaims, along with experts to be disclosed by Defendant. Plaintiff is currently unaware of the specific identities of such individuals.

Defendant expects to depose at least one or more of the inventors of the asserted patent. Defendant also expects to depose the Plaintiff's relevant employees and/or representatives

knowledgeable about the asserted patent, including its assignment and licensing, and about Plaintiff's claims. Defendant further expects to depose experts to be disclosed by Plaintiff. Defendant is currently unaware of the specific identities of such deponents.

**5. Issues Relating to Disclosure of Information**

The Parties have included the timing for disclosing Mandatory Disclosures in the proposed schedule. Further, the parties agree that documents produced in this litigation should be produced in accordance with FED. R. CIV. P. 34, for example, documents may be produced in their native form or as single-paged TIFF images accompanied by load files and document metadata (for example, file name, author, custodian, etc.). The Parties agree to confer to the extent any issues arise regarding the form of production.

**6. Preservation**

The Parties do not believe that any specific Preservation Order is needed in this case.

**7. Other Orders**

The Parties are currently unaware of other orders needed in this case.

**8. Estimated Trial Time**

The Parties agree that the estimated time for a trial would be five days.

**9. Attorneys Who Will Appear at the Case Management Conference**

On behalf of Plaintiff, Gary Sorden, Kumar Vinnakota, Seokin Yeh, and Alex Jacovetty will likely attend the case management conference.

On behalf of Defendant, Brett Mangrum will likely attend the case management conference.

**10. Other Matters**

Parties are currently unaware of any other matters appropriate for inclusion in this joint conference report.

Dated: August 19, 2026

/s/ Gary Sorden
Gary R. Sorden
Texas Bar No. 24066124
Vishal Patel
Texas Bar No. 24065885
Rajkumar Vinnakota
Texas Bar No. 24042337
Brian L. King
Texas Bar No. 24055776
Seokin Yeh
Texas Bar No. 24131942
Arjun Nair
Texas Bar No. 24120122
Alexander Jacovetty
Texas Bar No. 24144037
COLE SCHOTZ P.C.
901 Main Street, Suite 4120
Dallas, TX 75202
Tel.: (469) 557-9390
Fax: (469) 533-1587
gsorden@coleschotz.com
vpatel@coleschotz.com
kvinnakota@coleschotz.com
bking@coleschotz.com
syeh@coleschotz.com
anair@coleschotz.com
ajacovetty@coleschotz.com

**ATTORNEYS FOR PLAINTIFF
CONTOUR IP HOLDING, LLC**

Respectfully submitted,

/s/ J. Benjamin Bai
J. Benjamin Bai
Texas Bar No. 24001675
King & Wood LLP
500 Fifth Avenue, 50th Floor
New York NY 10110
Telephone: (212) 319-4755
benjamin.bai@cn.kingandwood.com

Haolu Feng
D.C. Bar No. 90001026
17th Floor, One ICC, Shanghai ICC
999 Middle Huai Hai Road,
Xuhui District
Shanghai 200031, China
Tel.: +86 21 2352 6585
Fax: +86 21 2412 6150
harry.feng@cn.kingandwood.com

Yang Guo
New York Bar No. 5897251
King & Wood
17th Floor, One ICC, Shanghai ICC
999 Middle Huai Hai Road,
Xuhui District
Shanghai 200031 China
Telephone: (628) 999-0922
guoyang5@cn.kingandwood.com

Jack Shaw
California State Bar No. 309382
Brett Mangrum
Texas State Bar No. 24065671
CHERRY JOHNSON
SIEGMUND JAMES PC
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
Telephone: (254) 732-2242
Facsimile (866) 627-3509
jshaw@cjsjlaw.com
bmangrum@cjsjlaw.com

**ATTORNEYS FOR DEFENDANT
ARASHI VISION INC. D/B/A INSTA360**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service were served with a copy of this document on August 19, 2026, 2026, via the Court's ECF system.

*/s/ Gary R. Sorden*
Gary R. Sorden