# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

Contour IP Holding, LLC,

Plaintiff,

v.

ARASHI VISION INC. D/B/A INSTA360,

Defendant.

Civil Action No.: 4:25-CV-1369-SDJ

**JURY TRIAL DEMANDED**

# PROPOSED SCHEDULING ORDER

| DATE | DEADLINE |
|---|---|
| August 21, 2026 | Rule 26(f) attorney conference |
| September 4, 2026 | Rule 26(f) attorney conference joint report |
| September 23, 2026 | Rule 16 Management Conference at 11:00 a.m. at the United States Courthouse, 7940 Preston Road, Plano, TX 75024. |
| October 5, 2026<br><br>10 days after mgmt. conf. | P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions (and P.R. 3-2 document production) to be served |
| October 28, 2026<br><br>5 weeks after mgmt. conf. | Join additional parties<br><br>P.R. 3-3 Invalidity Contentions (and P.R. 3-4 Document production) to be served. To the extent not already required to be disclosed, exchange Mandatory Disclosures on all issues, including damages. |
| November 9, 2026<br><br>No later than 45 days after mgmt. conf. | Parties to exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112, ¶ 6 (P.R. 4-1). |

| DATE | DEADLINE |
|---|---|
| November 11, 2026<br><br>7 weeks after mgmt. conf. | Privilege logs to be exchanged by the parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| November 27, 2026<br><br>No later than 65 days after mgmt. conf. | Parties to exchange preliminary proposed claim construction and extrinsic evidence supporting same (P.R. 4-2). |
| December 23, 2026<br><br>13 weeks after mgmt. conf. | Parties' Final Amended Pleadings. (A motion for leave is required.) |
| December 28, 2026<br><br>No later than 95 days after mgmt. conf. | Joint Claim Construction and Prehearing Statement to be filed. (P.R. 4-3). Provide an estimate of how many pages are needed to brief the disputed claims. |
| January 13, 2027<br><br>16 weeks after mgmt. conf. | Respond to Amended Pleadings. |
| January 26, 2027<br><br>No later than 125 days after mgmt. conf. | Completion date for discovery on claim construction. (P.R. 4-4). |
| February 10, 2027<br><br>No later than 140 days after mgmt. conf. | Opening claim construction brief. (P.R. 4-5(a)). |
| February 18, 2027<br><br>4 weeks before claim construction hearing | Submit technology synopsis/tutorial (both hard copy and disk). |
| February 24, 2027<br><br>No later than 2 weeks after claim construction brief | Responsive claim construction brief. (P.R. 4-5(b)). |

| DATE | DEADLINE |
|---|---|
| March 3, 2027<br><br>No later than 7 days after response | Reply claim construction brief. (P.R. 4-5(c)). |
| March 8, 2027<br><br>At least 10 days before claim construction hearing | Parties to file joint claim construction and chart. (P.R. 4-5(d)). Parties shall work together to agree on as many claim terms as possible. |
| March 18, 2027 | Claim Construction hearing at 10:00 a.m. at the United States Courthouse, 7940 Preston Road, Plano, Texas 75024. |
| April 22, 2027<br><br>5 weeks after claim construction hearing | Deadline for Initial Mandatory Disclosure of all persons, documents, data compilations and tangible things, which are relevant to a claim or defense of any party and which has not previously been disclosed. This deadline is not an extension of earlier deadlines set out in this Court's order or the Patent Rules, nor an excuse to delay disclosure of information. It is a "catchall" deadline for provision of all remaining information which may be relevant to a claim or defense of any party at trial. |
| April 29, 2027<br><br>6 weeks after claim construction hearing | Parties shall notify the Court of the name, address, and telephone number of the agreed-upon mediator, or request that the Court select a mediator, if they are unable to agree on one. |
| May 20, 2027<br><br>9 weeks after claim construction hearing | Parties with burden of proof to designate Expert Witnesses other than claims construction experts and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(a)(2)(B).<br><br>Comply with P.R. 3-7 (Designation of Willfulness Opinions)<br><br>**Note: Objections to any expert, including Daubert motions, shall be filed within 3 weeks after the expert's Report has been disclosed. Such objections and motions are limited to ten pages each.** |

| DATE | DEADLINE |
|---|---|
| June 3, 2027<br><br>11 weeks after claim construction hearing | Parties to Designate Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(2)(B).<br><br>**Note: Objections to any expert, including Daubert motions, shall be filed within 3 weeks after the expert's Report has been disclosed. Such objections and motions are limited to ten pages each.** |
| June 10, 2027<br><br>12 weeks after claim construction hearing | Mediation Deadline |
| June 17, 2027<br><br>13 weeks after claim construction hearing | Discovery Deadline. All discovery must be served in time to be completed by this deadline. |
| July 8, 2027<br><br>16 weeks after claim construction hearing (and no later than 110 days prior to the filing of the Joint Final PTO) | File Dispositive Motions and any other motions that may require a hearing. Regardless of how many dispositive motions a party files, each party is limited to a total of sixty pages for such motions. Each individual motion shall comply with Local Rule CV-7.<br><br>**Responses to motions shall be due in accordance with Local Rule CV-7(e).** |
| October 13, 2027<br><br>5 weeks before final pretrial conference | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order, see www.txed.uscourts.gov, and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases). |

| DATE | DEADLINE |
|---|---|
| October 18, 2027<br><br>30 days before final pretrial conference | Motions in limine due<br><br>File Joint Final Pretrial Order. Exchange Exhibits and deliver copies to the Court. At this date, all that is required to be submitted to the Court is a hyperlinked exhibit list on disk (2 copies) and no hard copies. |
| October 20, 2027<br><br>4 weeks before final pretrial conference | Video Deposition Designation due. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the Court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the Court's rulings on objections. |
| November 3, 2027<br><br>2 weeks before final pretrial conference | Response to motions in limine due.<br><br>File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. (This does not extend the deadline to object to expert witnesses.) If numerous objections are filed, the Court may set a hearing prior to docket call. |
| November 17, 2027 | Final Pretrial Conference at 1:30 p.m. at the United States Courthouse located at 7940 Preston Road, Plano, TX 75024. |
| To be determined | 10:00 a.m. Jury Selection and Trial at the United States Courthouse located at 7940 Preston Road, Plano, TX 75024. |