**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **CONTOUR IP HOLDING, LLC**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**ARASHI VISION INC., D/B/A INSTA360**<br><br>***Defendant*.** | **Case No. 4:25-cv-1369**<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF BENJAMIN BAI IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS [DKT. 22]**

I, Benjamin Bai, declare:

1. I am a partner with King & Wood LLP, counsel in this action for Defendant Arashi Vision Inc. d/b/a Insta360 ("Defendant"). I submit this declaration in support of Defendant's Reply to Plaintiff's Opposition to Motion to Dismiss [Dkt. 22]. I am over 18 years of age. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could and would testify competently to the matters contained herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of a Corrected Notice of Allowability dated October 10, 2024 from the U.S. Patent & Trademark Office prosecution history of U.S. Patent No. 12,206,983.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 15, 2026, in Shanghai, the People's Republic of China.

By: /s/ J. Benjamin Bai

J. Benjamin Bai