# EXHIBIT 1

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/937,753 | 10/03/2022 | Laura O'Donnell | CONTR.011C8 | 8104 |

20995 7590 10/10/2024
Knobbe, Martens, Olson & Bear, LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614

| EXAMINER | |
|---|---|
| PARIKH, DAKSHESH D | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2488 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/10/2024 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

Atty.AdminCoordinator@knobbe.com
efiling@knobbe.com

| ***CORRECTED Notice of Allowability*** | **Application No.** 17/937,753 | **Applicant(s)** O'Donnell et al. | |
|---|---|---|---|
| | **Examiner** DAKSHESH D PARIKH | **Art Unit** 2488 | **AIA (FITF) Status** No |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1.☑ This communication is responsive to 06/27/2024.
☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ______.

2.☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ______; the restriction requirement and election have been incorporated into this action.

3.☑ The allowed claim(s) is/are 14,16,18-22,24-29,31,33-37 and 39-43 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4.☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐All b) ☐ Some* c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. ______ .
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

* Certified copies not received: ______ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5.☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date ______ .

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6.☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1.☐ Notice of References Cited (PTO-892)
2.☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 09/10/2024, 09/11/2024.
3.☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material ______.
4.☐ Interview Summary (PTO-413), Paper No./Mail Date. ______.
5. ☐ Examiner's Amendment/Comment
6. ☐ Examiner's Statement of Reasons for Allowance
7. ☐ Other ______.

/DAKSHESH D PARIKH/
Primary Examiner, Art Unit 2488

| Issue Classification | Application/Control No. 17/937,753 | Applicant(s)/Patent Under Reexamination O'Donnell et al. |
|---|---|---|
| | Examiner DAKSHESH D PARIKH | Art Unit 2488 |

| CPC | | | | | | |
|---|---|---|---|---|---|---|
| Symbol | | | | | Type | Version |
| H04N | / | 23 | / | 661 | F | 2023-01-01 |
| H04N | / | 7 | / | 185 | I | 2013-01-01 |
| G08C | / | 17 | / | 02 | I | 2013-01-01 |
| H04N | / | 23 | / | 50 | I | 2023-01-01 |
| H04N | / | 23 | / | 55 | I | 2023-01-01 |
| H04N | / | 23 | / | 66 | I | 2023-01-01 |
| H04N | / | 23 | / | 617 | I | 2023-01-01 |
| H04N | / | 7 | / | 18 | I | 2013-01-01 |
| G08B | / | 13 | / | 19641 | I | 2013-01-01 |
| G08B | / | 13 | / | 1966 | I | 2013-01-01 |
| G08B | / | 13 | / | 19682 | I | 2013-01-01 |
| G08B | / | 13 | / | 19684 | I | 2013-01-01 |
| H04N | / | 7 | / | 181 | I | 2013-01-01 |
| H04N | / | 7 | / | 183 | I | 2013-01-01 |
| H04N | / | 21 | / | 21805 | I | 2013-01-01 |
| H04N | / | 21 | / | 234363 | I | 2013-01-01 |
| H04N | / | 21 | / | 2365 | I | 2013-01-01 |
| H04N | / | 21 | / | 2385 | I | 2013-01-01 |
| H04N | / | 21 | / | 25825 | I | 2013-01-01 |
| H04N | / | 21 | / | 2662 | I | 2013-01-01 |
| H04N | / | 21 | / | 4621 | I | 2013-01-01 |
| H04N | / | 5 | / | 28 | I | 2013-01-01 |
| G01S | / | 19 | / | 42 | I | 2013-01-01 |
| G16H | / | 40 | / | 67 | I | 2018-01-01 |
| G08C | / | 2201 | / | 93 | A | 2013-01-01 |
| H04N | / | 23 | / | 51 | A | 2023-01-01 |
| G01S | / | 19 | / | 19 | A | 2013-01-01 |
| H04W | / | 80 | / | 02 | A | 2013-01-01 |

Use images from artifact folder? ◯ Yes ◉ No

| | | | |
|---|---|---|---|
| NONE<br>(Assistant Examiner) (Date) | Total Claims Allowed:<br>24 | | |
| /DAKSHESH D PARIKH/<br>Primary Examiner, Art Unit 2488<br>(Primary Examiner) (Date) | O.G. Print Claim(s)<br>14 | O.G. Print Figure<br>42 | |

| Issue Classification | Application/Control No. 17/937,753 | Applicant(s)/Patent Under Reexamination O'Donnell et al. |
|---|---|---|
| | Examiner DAKSHESH D PARIKH | Art Unit 2488 |

| CPC Combination Sets | | | | | | | |
|---|---|---|---|---|---|---|---|
| Symbol | | | | Type | Set | Ranking | Version |
| | / | | / | | | | |

Use images from artifact folder? Yes No

| NONE<br><br>(Assistant Examiner) (Date) | Total Claims Allowed:<br>24 | |
|---|---|---|
| /DAKSHESH D PARIKH/<br>Primary Examiner, Art Unit 2488<br>(Primary Examiner) (Date) | O.G. Print Claim(s)<br>14 | O.G. Print Figure<br>42 |

| *Issue Classification* | Application/Control No. 17/937,753 | Applicant(s)/Patent Under Reexamination O'Donnell et al. |
|---|---|---|
| | Examiner DAKSHESH D PARIKH | Art Unit 2488 |

| INTERNATIONAL CLASSIFICATION | | | | |
|---|---|---|---|---|
| CLAIMED | | | | |
| H04N23/661 | / | 23 | / | 661 |
| H04N7/18 | / | 7 | / | 18 |
| G08C17/02 | / | 17 | / | 02 |
| H04N23/50 | / | 23 | / | 50 |
| H04N23/55 | / | 23 | / | 55 |
| H04N23/66 | / | 23 | / | 66 |
| H04N23/617 | / | 23 | / | 617 |
| G08B13/196 | / | 13 | / | 196 |
| H04N21/218 | / | 21 | / | 218 |
| H04N21/2343 | / | 21 | / | 2343 |
| H04N21/2365 | / | 21 | / | 2365 |
| H04N21/2385 | / | 21 | / | 2385 |
| H04N21/258 | / | 21 | / | 258 |
| H04N21/2662 | / | 21 | / | 2662 |
| H04N21/462 | / | 21 | / | 462 |
| H04N5/28 | / | 5 | / | 28 |
| G01S19/42 | / | 19 | / | 42 |
| G16H40/67 | / | 40 | / | 67 |
| H04N23/51 | / | 23 | / | 51 |
| G01S19/19 | / | 19 | / | 19 |

| NON-CLAIMED | | | | |
|---|---|---|---|---|
| | / | | / | |

| US ORIGINAL CLASSIFICATION | |
|---|---|
| CLASS | SUBCLASS |
| 348 | 158 |

Use images from artifact folder? ○ Yes ● No

| | | |
|---|---|---|
| NONE<br>(Assistant Examiner) (Date) | Total Claims Allowed:<br>24 | |
| /DAKSHESH D PARIKH/<br>Primary Examiner, Art Unit 2488<br>(Primary Examiner) (Date) | O.G. Print Claim(s)<br>14 | O.G. Print Figure<br>42 |

| Issue Classification | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/937,753 | O'Donnell et al. |
| | **Examiner** | **Art Unit** |
| | DAKSHESH D PARIKH | 2488 |

| CROSS REFERENCES(S) | | | | | | |
|---|---|---|---|---|---|---|
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
| | | | | | | |

Use images from artifact folder? ☐ Yes ☒ No

| | | |
|---|---|---|
| NONE<br>(Assistant Examiner) (Date) | **Total Claims Allowed:**<br>24 | |
| /DAKSHESH D PARIKH/<br>Primary Examiner, Art Unit 2488<br>(Primary Examiner) (Date) | O.G. Print Claim(s)<br>14 | O.G. Print Figure<br>42 |

| ***Issue Classification*** | **Application/Control No.** 17/937,753 | **Applicant(s)/Patent Under Reexamination** O'Donnell et al. |
|---|---|---|
| | **Examiner** DAKSHESH D PARIKH | **Art Unit** 2488 |

☐ Claims renumbered in the same order as presented by applicant ☐ CPA ☑ T.D. ☐ R.1.47

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 1 | - | 10 | 8 | 19 | 10 | 28 | 19 | 37 | | | | | | |
| - | 2 | - | 11 | 9 | 20 | 13 | 29 | - | 38 | | | | | | |
| - | 3 | - | 12 | 7 | 21 | - | 30 | 21 | 39 | | | | | | |
| - | 4 | - | 13 | 11 | 22 | 14 | 31 | 22 | 40 | | | | | | |
| - | 5 | 1 | 14 | - | 23 | - | 32 | 23 | 41 | | | | | | |
| - | 6 | - | 15 | 3 | 24 | 15 | 33 | 20 | 42 | | | | | | |
| - | 7 | 2 | 16 | 4 | 25 | 17 | 34 | 24 | 43 | | | | | | |
| - | 8 | - | 17 | 5 | 26 | 18 | 35 | | | | | | | | |
| - | 9 | 6 | 18 | 12 | 27 | 16 | 36 | | | | | | | | |

Use images from artifact folder? ○ Yes ● No

| | | |
|---|---|---|
| NONE<br><br>(Assistant Examiner) (Date) | **Total Claims Allowed:**<br>24 | |
| /DAKSHESH D PARIKH/<br>Primary Examiner, Art Unit 2488<br>(Primary Examiner) (Date) | O.G. Print Claim(s)<br>14 | O.G. Print Figure<br>42 |

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/937,753 | O'Donnell et al. |
| | Examiner | Art Unit |
| | DAKSHESH D PARIKH | 2488 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

**CLAIMS**

☐ Claims renumbered in the same order as presented by applicant ☐ CPA ☑ T.D. ☐ R.1.47

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 02/27/2023 | 06/05/2023 | 08/11/2023 | 12/04/2023 | 03/21/2024 | 09/07/2024 | | | |
| - | 1 | - | - | - | - | - | - | | | |
| - | 2 | - | - | - | - | - | - | | | |
| - | 3 | - | - | - | - | - | - | | | |
| - | 4 | - | - | - | - | - | - | | | |
| - | 5 | - | - | - | - | - | - | | | |
| - | 6 | - | - | - | - | - | - | | | |
| - | 7 | - | - | - | - | - | - | | | |
| - | 8 | - | - | - | - | - | - | | | |
| - | 9 | - | - | - | - | - | - | | | |
| - | 10 | - | - | - | - | - | - | | | |
| - | 11 | - | - | - | - | - | - | | | |
| - | 12 | - | - | - | - | - | - | | | |
| - | 13 | - | - | - | - | - | - | | | |
| 1 | 14 | ÷ | ÷ | ✓ | ✓ | ✓ | = | | | |
| - | 15 | ÷ | ÷ | ✓ | ✓ | ✓ | - | | | |
| 2 | 16 | ÷ | ÷ | ✓ | ✓ | ✓ | = | | | |
| - | 17 | ÷ | ÷ | ✓ | ✓ | ✓ | - | | | |
| 6 | 18 | ÷ | ÷ | ✓ | ✓ | ✓ | = | | | |
| 8 | 19 | ÷ | ÷ | ✓ | ✓ | ✓ | = | | | |
| 9 | 20 | ÷ | ÷ | ✓ | ✓ | ✓ | = | | | |
| 7 | 21 | ÷ | ÷ | ✓ | ✓ | ✓ | = | | | |
| 11 | 22 | ÷ | ÷ | N | N | N | = | | | |
| - | 23 | ÷ | ÷ | N | N | - | - | | | |
| 3 | 24 | ÷ | ÷ | N | N | N | = | | | |
| 4 | 25 | ÷ | ÷ | N | N | N | = | | | |
| 5 | 26 | ÷ | ÷ | N | N | N | = | | | |
| 12 | 27 | ÷ | ÷ | ✓ | ✓ | ✓ | = | | | |
| 10 | 28 | ÷ | ÷ | ✓ | ✓ | ✓ | = | | | |
| 13 | 29 | ÷ | ÷ | ✓ | ✓ | ✓ | = | | | |
| - | 30 | ÷ | ÷ | ✓ | ✓ | ✓ | - | | | |
| 14 | 31 | ÷ | ÷ | ✓ | ✓ | ✓ | = | | | |
| - | 32 | ÷ | ÷ | ✓ | ✓ | ✓ | - | | | |
| 15 | 33 | ÷ | ÷ | ✓ | ✓ | ✓ | = | | | |
| 17 | 34 | ÷ | ÷ | ✓ | ✓ | ✓ | = | | | |
| 18 | 35 | ÷ | ÷ | ✓ | ✓ | ✓ | = | | | |
| 16 | 36 | ÷ | ÷ | ✓ | ✓ | ✓ | = | | | |
| 19 | 37 | ÷ | ÷ | N | N | N | = | | | |
| - | 38 | ÷ | ÷ | N | N | - | - | | | |
| 21 | 39 | ÷ | ÷ | N | N | N | = | | | |
| 22 | 40 | ÷ | ÷ | N | N | N | = | | | |
| 23 | 41 | ÷ | ÷ | N | N | N | = | | | |
| 20 | 42 | ÷ | ÷ | ✓ | ✓ | ✓ | = | | | |

| *Index of Claims* | Application/Control No.<br>17/937,753 | Applicant(s)/Patent Under Reexamination<br>O'Donnell et al. |
|---|---|---|
| | Examiner<br>DAKSHESH D PARIKH | Art Unit<br>2488 |

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 02/27/2023 | 06/05/2023 | 08/11/2023 | 12/04/2023 | 03/21/2024 | 09/07/2024 | | | |
| 24 | 43 | ÷ | ÷ | ✓ | ✓ | ✓ | = | | | |

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 17/937753 |
|---|---|---|
| | Filing Date | October 3, 2022 |
| | First Named Inventor | O'Donnell, Laura |
| | Art Unit | 2488 |
| *(Multiple sheets used when necessary)* | Examiner | Parikh, Dakshesh D. |
| SHEET 1 OF 1 | Attorney Docket No. | CONTR.011C8 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number *Number - Kind Code (if known)* Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document *Country Code-Number-Kind Code* Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | **1** | Federal Circuit Opinion, Contour IP Holding LLC v. GoPro, Inc., Case No. 22-1654, September 9, 2024, 13 pages. | |

| Examiner Signature /DAKSHESH D PARIKH/ | Date Considered 10/07/2024 |
|---|---|

***Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /D.D.P/

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 17/937753 |
|---|---|---|
| | Filing Date | October 3, 2022 |
| | First Named Inventor | O'Donnell, Laura |
| | Art Unit | 2488 |
| *(Multiple sheets used when necessary)* | Examiner | Parikh, Dakshesh D. |
| SHEET 1 OF 1 | Attorney Docket No. | CONTR.011C8 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number *Number - Kind Code (if known)* Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document *Country Code-Number-Kind Code* Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | **1** | Office Action in Chinese Patent Application No. 201910297135.1, dated January 29, 2022, 8 pages (CONTR.011CND1). | X- English Summary |
| | **2** | Office Action in Chinese Patent Application No. 201910297135.1, dated July 11, 2022, 7 pages (CONTR.011CND1). | X- English Summary |
| | **3** | Re-Examination Notice in Chinese Patent Application No. 201910297135.1, dated June 5, 2023, 52 pages (CONTR.011CND1). | X- English Summary |
| | **4** | Office Action in Chinese Patent Application No. 202311201458.9 dated April 29, 2024, 6 pages. (CONTR.011CND2). | X- English Summary |

60124337

| Examiner Signature /DAKSHESH D PARIKH/ | Date Considered 10/07/2024 |
|---|---|
| ***Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. | |

**T[1]** - Place a check mark in this area when an English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /D.D.P/